IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD VENEZIA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF STATE,** | ) |
| The Executive Office | ) |
| Office of the Legal Advisor, Suite 5.600 | ) |
| 600 19th Street NW, | ) |
| Washington, DC 20522 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1. Plaintiff RICHARD VENEZIA brings this suit to force Defendant U.S. DEPARTMENT OF STATE to conduct a reasonable search, issue a determination, and produce passport applications and related records regarding deceased individuals and living individuals from whom he has provided proof of consent for disclosure.

## PARTIES

2. Plaintiff RICHARD VENEZIA is an expert in the research of 20th-century immigrant ancestors, especially in underutilized record sources and federal records, and has researched family histories for private clients, TV shows, attorneys, and other genealogical research firms. VENEZIA is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF STATE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**FOIA REQUESTS FOR PASSPORT RECORDS**

6. Between September 4, 2019, and November 20, 2024, Plaintiff submitted 71 FOIA requests to STATE, each seeking passport applications and other records regarding a single individual who is deceased or who has consented to disclosure of personal information to Plaintiff. The FOIA requests included background information about the subject of the request and a date range for the search. Most of the FOIA requests also attached a death certificate, obituary, or other documentation of the individual's death. The records sought will contribute to Plaintiff's genealogical research projects, at least some of which Plaintiff intends to disseminate to the public.

7. True and correct copies of the FOIA requests are included in Exhibit 1.

8. STATE acknowledged receipt of 69 of client's FOIA requests at issue in this lawsuit and provided estimated dates of completion ranging from October 18, 2019, to January 7, 2025, all of which have now passed.

9. True and correct copies of the acknowledgement letters are included in Exhibit 2.

10. STATE did not send any correspondence to Plaintiff regarding two FOIA requests at Ex 1 BN091 and BN093.

11. Plaintiff has contacted STATE on numerous occasions since November 2019 seeking status updates on his pending requests. At no point in time did STATE provide updated estimated dates of completion for any of the requests, even when the original estimated completion date had passed.

12. As of the date of this filing, STATE has not issued a determination on Plaintiff's requests.

13. As of the date of this filing, STATE has failed to make any responsive records promptly available to Plaintiff.

## COUNT I – STATE'S FOIA VIOLATION

14. Paragraphs 1-13 are incorporated by reference.

15. Plaintiff's FOIA requests seek the disclosure of agency records and were properly made.

16. Defendant STATE is a federal agency subject to FOIA.

17. Included within the scope of the requests are one or more records or portions of records that are not exempt under FOIA.

18. Defendant STATE has failed to conduct a reasonable search for records responsive to the requests.

19. Defendant STATE has failed to issue determinations on Plaintiff's requests within the statutory deadline.

20. Defendant STATE has failed to produce all non-exempt records responsive to the requests.

**WHEREFORE**, Plaintiff asks the Court to:

   i.   declare that Defendant has violated FOIA;

   ii.  order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

   iii. enjoin Defendant from withholding non-exempt public records under FOIA;

   iv.  award Plaintiffs attorneys' fees and costs; and

   v.   award such other relief the Court considers appropriate.

Dated: October 1, 2025

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

                    Attorneys for Plaintiff
                    RICHARD VENEZIA

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com