# Exhibit 1

4 September 2019

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for records under the Freedom of Information Act.

**Date range of request:** c. 1950s – 2002

**Description of Request:** 130- file of Lee Mary Caridi (aka Pasqualina Caridi or Esther Caridi)

I am requesting that you please search the Department of State's records for information related to the 130-file, passport records, and any related correspondence of **Lee Mary Caridi, born as Pasqualina Caridi 13 November 1917 in Siderno, Reggio Calabria, Italy**. She was born as a U. S. citizen as her father, Natale Vincenzo Caridi, as a U. S. citizen at the time of her birth.

She also sometimes went by the name **Esther Caridi**. She sometimes listed her birthdate as **11 November 1917**.

In her adult life, she traveled abroad several times – first in 1953, but likely there will be passport renewals as well.

She is since deceased, on 13 August 2002. Enclosed is a proof of death for her in the form of an entry from the Social Security Death Applications and Claims Index and a Social Security Death Index entry.

I am requesting Lee's entire 130- file, and any and all relevant records or correspondence related to Lee Caridi.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including on the next page a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information requested about myself.

This request is for genealogical purposes.

Thank you for your consideration,


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
412.339.0602


The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

 I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on

10 September 2019

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1950 – 1995

**Description of Request:** Passport application and related records of Blanche Lucille Harden

I am requesting that you please search the Department of State's records for information related to the registration of birth abroad of the child of and for a passport by Blanche Lucille Harden, born 20 February 1912 in Calhan, Colorado, as well as any other records or correspondence relating to this individual.

Blanche and her husband, Charles Harden, adopted two children born in Dublin (David Alan and Lynda Ann Marie, both born 3 December 1952). Blanche registered the births of both of those children as American citizens abroad with the American Consulate in Dublin; their registration as American citizens was then later revoked.

Blanche L. Harden died in March 1995, as proven by the enclosed Social Security Applications and Claims Index entry (Enclosure A).

David A. Harden, her adopted son who is likely to show up in these records, died 8 May 1994, as proven by the enclosed obituary (Enclosure B).

Charles Harden, his wife who is likely to show up in these records, died 15 July 1987, as proven by the enclosed Veterans Affairs BIRLS death file entry (Enclosure C).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to her in the Dept. of State's holdings.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on

16 September 2019

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

To Whom It May Concern:

This is a FOIA request for records within your agency's holdings under the Freedom of Information Act.

The files are within the <u>Confidential File section</u> of the <u>Passport Office files</u>, numbered <u>131/197</u>, dated 12 January 1954, and relates, perhaps among other things, to Desp. # 296 from Dublin.

I am attaching one of several passport master index cards that relates to this file. This one is for Jerry E. Grimes (Document A). Note I am requesting <u>all files releasable under FOIA</u> with this file number (131/197) that relate to the 12 January 1954 despatch from Dublin.

There are several other individuals who I expect to be named in the record – among them, Terence Anthony Grimes, Blanche Lucille Harden, David Alan Harden, Lynda Ann Marie Harden, Lupie Herrera Byrnes, Conley Anthony Byrnes, Maria Alena Byrnes, Olinda Marie Byrnes, Mary Adams Holt Autry, and Wesley Eugene Autry. All of these individuals have passport master index cards with the same file number (131/197), date (12 January 1954), and note "See Desp. #296 from Dublin."

I can provide proof of death for the following individuals named above who will be named in this file:
--Jerry E. Grimes (Document B)
--Terence Anthony Grimes (Document C)
--Blanche Lucille Harden (Document D)
--David Alan Harden (Document E)
--Lupie Herrera Byrnes (Document F)
--Mary Adams Holt Autry (Document G)

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including on the next page a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

If you deny this request in whole or in part, please itemize the exemptions to FOIA which you believe entitle your office to make such denials.  Thank you for your time.

This request is for research purposes.

Thank you for your time and consideration.


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
412.339.0602


Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on

17 September 2019

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for passport records and any other related records under the Freedom of Information Act.

**Date range of request:** 1952 – 1994

**Description of Request:** Passport application and related records of David Alan Harden

I am requesting that you please search the Department of State's records for information related to the investigation into the registration of birth abroad of and any applications for a passport by David Alan Harden, born 23 December 1952 in Dublin, Ireland, as well as any other records or correspondence relating to this individual.

Blanche Lucille Harden and her husband, Charles Oscar Harden were the adoptive parents of David Alan Harden. Blanche registered David as an American citizen born abroad with the American Consulate in Dublin; his registration as American citizens was then later revoked in 1954 or 1955.

David A. Harden died 8 May 1994, as proven by the enclosed obituary (Enclosure A).

Blanche L. Harden, his adoptive mother who may show up in these records, died in March 1995, as proven by the enclosed Social Security Applications and Claims Index entry (Enclosure B).

Charles Harden, his adoptive father who may show up in these records, died 15 July 1987, as proven by the enclosed Veterans Affairs BIRLS death file entry (Enclosure C).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to him in the Dept. of State's holdings.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on

18 September 2019

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1950 – 1987

**Description of Request:** Passport application and related records of Charles Oscar Harden

I am requesting that you please search the Department of State's records for information related to the registration of birth abroad of the child of and for any passport records of Charles Oscar Harden, born 25 December 1912 in Marceline, Missouri, as well as any other records or correspondence relating to this individual.

Charles and his wife, Blanche Lucille Harden, adopted two children born in Dublin (David Alan and Lynda Ann Marie, both born 3 December 1952). Blanche registered the births of both of those children as American citizens abroad with the American Consulate in Dublin; their registration as American citizens was then later revoked in 1954 or 1955.

Charles Harden died 15 July 1987, as proven by the enclosed Veterans Affairs BIRLS death file entry (Enclosure A).

Blanche L. Harden, his wife who is likely to show up in these records, died in March 1995, as proven by the enclosed Social Security Applications and Claims Index entry (Enclosure B).

David A. Harden, his adopted son who is likely to show up in these records, died 8 May 1994, as proven by the enclosed obituary (Enclosure C).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to him in the Dept. of State's holdings.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything

else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on

19 September 2019

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for passport correspondence and any other related records under the Freedom of Information Act.

**Date range of request:** c. 1942 (but other years could be possible)

**Description of Request:** 130- file of Natale Vincenzo Caridi

I am requesting that you please search the Department of State's records for information related to any passport correspondence and related files regarding **Natale Vincenzo Caridi, born 26 July 1882 in Siderno, Italy**. He immigrated to the United States 20 February 1895, and naturalized as a U. S. citizen 19 March 1904 at the US District Court in the Eastern District of New York at Brooklyn.

Natale was also sometimes known as **Charles Caridi**.

He traveled abroad several times. During his time abroad between 1916 and 1917, he appears to have expatriated himself, though it seems that expatriation did not appear to apply to his wife and foreign-born daughter. He returned to the U. S. as an alien 2 July 1917. He later claimed to be naturalized.

He is since deceased, in 1930. (Proof of Death = Document A) He had a 5 January 1917 "Passport Correspondence File" numbered 130 C 1921. However, it appears that this file was transferred to another file 25 February 1942. See the enclosed document transfer sheet from his "Passport Correspondence File" at the National Archives at College Park (Document B). This was likely due to his wife's 1942 request for derivative citizenship certificate. His wife, Maria's, proof of death is enclosed as Document C.

I am requesting Natale's entire file, and any relevant records or correspondence therein related to his wife's or child's requests for certificates of derivative citizenship under his naturalization and the investigations the Department of State may have conducted related to his expatriation and thus their eligibility to receive such certificates.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything

else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information requested about myself.

This request is for genealogical purposes.

Thank you for your consideration,


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
412.339.0602


The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

 I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on

26 September 2019

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for passport records and any other related records under the Freedom of Information Act.

**Date range of request:** 1927 – 1971

**Description of Request:** Passport application and related records of John Stanish

I am requesting that you please search the Department of State's records for information related to the application for a passport by John Stanish, born 20 November 1902 in Brešca, Italy (now Croatia), as well as any other records or correspondence relating to this individual.

He was naturalized as a US citizen 20 December 1927 at the US District Court for the Western District of Pennsylvania at Pittsburgh, PA. He resided most of his adult life in Pittsburgh, PA, from 1940 forward at 127 South Atlantic Avenue. He is known to have traveled abroad at least once, in 1961, but it's likely he made several trips abroad.

John died 3 November 1971, as proven by the enclosed obituary (Enclosure A).

His father, John Stanish, Sr., who may be noted in these records, died in 1954, as proven by the enclosed death record (Enclosure B).

His father, Yena (Anna) Jusic Stanish, who may be noted in these records, died in 1964, as proven by the enclosed death record (Enclosure C).

I am requesting any passport applications, renewals, correspondence, any other records related to him.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for genealogical purposes.

Thank you for your time and consideration,


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on

1 October 2019

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1947 – 1994

**Description of Request:** Passport application and related records of Rollie William McDowell

I am requesting that you please search the Department of State's records for information related to any passport records of Rollie William McDowell, born 31 August 1910 in Esther, Missouri, as well as any other records or correspondence relating to this individual.

Rollie McDowell adopted two children born in Braemar House Orphanage in Cork, Ireland. I anticipate there might also be records related to the addition of his two adopted children, Michael James McDowell (born 24 July 1945) and Patricia Frances McDowell (17 March 1949), to his passport.

Rollie McDowell died 31 August 1994, as proven by the enclosed Social Security Death Index entry (Enclosure A).

Thelma G. McDowell, his wife who is likely to show up in these records, died 20 October 2008, as proven by the enclosed Social Security Death Index entry (Enclosure B).

I am not able to prove decease for either Michael James McDowell or Patricia Frances McDowell.

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to him in the Dept. of State's holdings.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on

2 October 2019

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1930 – 1996

**Description of Request:** Passport application and related records of Michael Jerome Ebeling

I am requesting that you please search the Department of State's records for information related to any passport records of Michael Jerome Ebeling, born 24 October 1909 in St. Louis, Missouri, as well as any other records or correspondence relating to this individual. I know he applied for passports in September 1930, February 1948, January 1952, and again in February 1956, but he may have applied for renewals at other times as well.

Michael Ebeling died 21 September 1996, as proven by the enclosed Social Security Death Index entry (Enclosure A).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to him in the Dept. of State's holdings.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including on the next page a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,

Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia
Executed on

--obtained 4 records
If it mentions a previous passport issued, they need to make a request for the previous records to be withdrawn
Earliest record is from 1975 – he does have a previous record shown on the 1975 passport record

3 October 2019

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1951 – 2005

**Description of Request:** Passport application and related records of Mary Adams Holt Autry

I am requesting that you please search the Department of State's records for any passport records of Mary Adams Holt Autry, born 29 July 1919 in Kosse, Texas, as well as any other records or correspondence relating to this individual, especially in relation to her addition of a minor child to her passport.

Mary and her husband, Wesley Harold Autry, adopted a child born in Dublin (Wesley Eugene Autry, born 24 March 1953). Mary registered their son, Wesley, as an American citizen born abroad with the American Consulate in Dublin; his registration as an American citizen was then later revoked in 1954 or 1955.

Mary Autry died 16 August 2005, as proven by the enclosed Social Security Applications and Claims Index entry (Enclosure A).

Wesley H. Autry, her husband who is likely to show up in these records, died 22 February 1997, as proven by the enclosed Social Security Applications and Claims Index entry (Enclosure B).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to her in the Dept. of State's holdings. It is certain she applied for a passport in 1951 and 1959,  but it's likely there will be other records, as well.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.
This request is for research purposes.

Thank you for your time and consideration,


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on

5 November 2019

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1950 – 1970

**Description of Request:** Passport application and related records of Conley Henderson Byrnes

I am requesting that you please search the Department of State's records for information related to the registration of birth abroad of the children of and for any passport records and renewals of **Conley Henderson Byrnes, born 7 July 1919 in San Francisco, California**, as well as any other records or correspondence relating to this individual.

Conley and his wife, Guadalupe "Lupie" Herrera Byrnes, adopted three children born in Dublin (Conley Anthony Byrnes, born 28 September 1952, and Maria Alena Byrnes and Olinda Marie Byrnes, born 22 November 1953). Lupie registered the births of these children as American citizens abroad with the American Consulate in Dublin in November 1952 and December 1953; their registration as American citizens was then later revoked in 1954 or 1955.

Conley Henderson died 28 March 1970, as proven by the enclosed death record (Enclosure A).

Guadalupe Herrera Byrnes, his wife who is likely to show up in these records, died 10 October 2007, as proven by the enclosed obituary (Enclosure B).

I am unable to provide proofs of death for any of the children named above.

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to him in the Dept. of State's holdings.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything

else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on

6 November 2019

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1950 – 2007

**Description of Request:** Passport application and related records of Guadalupe "Lupie" Herrera Byrnes

I am requesting that you please search the Department of State's records for information related to the registration of birth abroad of the children of and for any passport records and renewals of **Guadalupe "Lupie" Herrera Byrnes, born 11 January 1915 in San Antonio, Texas**, as well as any other records or correspondence relating to this individual.

Guadalupe and her husband, Conley Henderson Byrnes, adopted three children born in Dublin (Conley Anthony Byrnes, born 28 September 1952, and Maria Alena Byrnes and Olinda Marie Byrnes, born 22 November 1953). Lupie registered the births of these children as American citizens abroad with the American Consulate in Dublin in November 1952 and December 1953; their registration as American citizens was then later revoked in 1954 or 1955.

Guadalupe Herrera Byrnes, died 10 October 2007, as proven by the enclosed obituary (Enclosure A).

Conley Henderson, her husband who is likely to show up in these records, died 28 March 1970, as proven by the enclosed death record (Enclosure B).

I am unable to provide proofs of death for any of the children named above.

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to her in the Dept. of State's holdings.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything

else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on

13 December 2019

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1951 – 2017

**Description of Request:** Passport application and related records of Muriel Nelda Jaren

I am requesting that you please search the Department of State's records for any passport records of Muriel Nelda Jaren (née Sayer), born 4 August 1923 in TreLewis, Mid Glamorgan, South Wales, United Kingdom, as well as any other records or correspondence relating to this individual, especially in relation to her addition of a minor child to her passport.

Muriel and her husband, Cecil Oscar Jaren, adopted a child born in Dublin (Steven Charles Jaren, born 5 December 1953). Muriel registered their son, Steven, as an American citizen born abroad with the American Consulate in Dublin 17 December 1953; his registration as an American citizen was then later revoked by October 1956.

Muriel N. Jaren died 3 December 2017, as proven by the enclosed obituary (Enclosure A).

Cecil O. Jaren, her husband who is likely to show up in these records, died 9 January 2016, as proven by the enclosed National Cemetery Administration entry (Enclosure B).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to her in the Dept. of State's holdings. It is certain she applied for passports in 1951, 1956, and 1959, but it's likely there will be other records, as well.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on

28 March 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1948 – 1975

**Description of Request:** Passport application and related records of Arthur Anthony Silhol

I am requesting that you please search the Department of State's records for any passport and passport-related records of Arthur Anthony Silhol, born 10 May 1894 in McDonald, Pennsylvania. Please include in your search any other records or correspondence relating to him, including passport amendments and renewals.

Arthur Silhol died in May 1975, as proven by the enclosed Social Security Death Index entry (Enclosure A).

Sarah Silhol, his wife who is likely to be mentioned in these records, died 26 November 1977, as proven by the enclosed Social Security Death Index entry (Enclosure B).

Ferdinand Silhol, his father who is likely to be mentioned in these records, died 19 December 1943, as proven by the enclosed death record (Enclosure C).

Josephine Silhol, his mother who is likely to be mentioned in these records, died in February 1969, as proven by the enclosed Social Security Death Index entry (Enclosure D).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Arthur in the Dept. of State's holdings. It is certain he applied for a passport in 1949 and 1958, but he may have other related records, too.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

Executed on

29 March 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1948 – 1977

**Description of Request:** Passport application and related records of Sarah Maioli Silhol

I am requesting that you please search the Department of State's records for any passport and passport-related records of Sarah Maioli Silhol, born 10 May 1895 in South Fayette Township, Pennsylvania. Please include in your search any other records or correspondence relating to her, including passport amendments and renewals.

Sarah Silhol died 26 November 1977, as proven by the enclosed Social Security Death Index entry (Enclosure A).

Arthur Silhol her husband who is likely to be mentioned in these records, died in May 1975, as proven by the enclosed Social Security Death Index entry (Enclosure B).

Macedonio Maioli, her father who is likely to be mentioned in these records, died 14 March 1911, as proven by the enclosed death record (Enclosure C).

Zelinda Verzellesi, her mother who is likely to be mentioned in these records, died 13 July 1910, as proven by the enclosed death record (Enclosure D).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Sarah in the Dept. of State's holdings. It is certain she applied for a passport in 1949 and 1958, but she may have other related records, too.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything

else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

Executed on

30 March 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom
of Information Act.

**Date range of request:** 1925 – 1961

**Description of Request:** Passport application and related records of Mary Maioli
Altomani

I am requesting that you please search the Department of State's records for any passport
and passport-related records of Mary Maioli Altomani, born 4 March 1892 in Bridgeville,
Pennsylvania. She lost her citizenship upon marriage to an alien in 1909, and only
regained it in April 1946. Please include in your search any other records or
correspondence relating to her, including passport amendments and renewals.

Mary Altomani died in 1961, as proven by the enclosed *Find a Grave* page (Enclosure A).

Guido Altmani, her husband who is likely to be mentioned in these records, died in July
1966, as proven by the enclosed Social Security Death Index entry (Enclosure B).

Macedonio Maioli, her father who is likely to be mentioned in these records, died 14
March 1911, as proven by the enclosed death record (Enclosure C).

Zelinda Verzellesi, her mother who is likely to be mentioned in these records, died 13 July
1910, as proven by the enclosed death record (Enclosure D).

I am requesting any passport applications, renewals, additions, correspondence, or any
other records related to Mary in the Dept. of State's holdings. It is certain she applied for
a passport in 1946, but she may have other related records, too.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,

Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on

31 March 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1958 – 1977

**Description of Request:** Passport application and related records of Rosalie Silhol Castelli

I am requesting that you please search the Department of State's records for any passport and passport-related records of Rosalie Silhol Castelli, born 30 June 1914 in Bridgeville, Pennsylvania. Please include in your search any other records or correspondence relating to her, including passport amendments and renewals.

Rosalie Silhol Castelli died in September 1977, as proven by the enclosed Social Security Applications and Claims Index entry (Enclosure A).

Peter Castelli, her husband who is likely to be mentioned in these records, died in October 1975, as proven by the enclosed Social Security Death Index entry (Enclosure B).

Sarah Silhol, her mother who is likely to be mentioned in these records, died 26 November 1977, as proven by the enclosed Social Security Death Index entry (Enclosure C).

Arthur Silhol, her father who is likely to be mentioned in these records, died in December 1975, as proven by the enclosed Social Security Death Index entry (Enclosure D).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Rosalie in the Dept. of State's holdings. It is certain she applied for a passport in 1958, but she may have other related records, too.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

Executed on

1 April 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1958 – 1975

**Description of Request:** Passport application and related records of Peter Castelli

I am requesting that you please search the Department of State's records for any passport and passport-related records of Peter Castelli, born 25 May 1908 in Sygan, Pennsylvania. Please include in your search any other records or correspondence relating to him, including passport amendments and renewals.

Peter Castelli died in October 1975, as proven by the enclosed Social Security Death Index entry (Enclosure A).

Rosalie Silhol Castelli, his wife who is likely to be mentioned in these records, died in September 1977, as proven by the enclosed Social Security Applications and Claims Index entry (Enclosure B).

John Castell, his father who is likely to be mentioned in these records, died 19 July 1942, as proven by the enclosed death record (Enclosure C).

Rosa Castelli, his father who is likely to be mentioned in these records, died 13 December 1921, as proven by the enclosed death record (Enclosure D).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Peter in the Dept. of State's holdings. It is certain he applied for a passport in 1958, but he may have other related records, too.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,

Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on

22 April 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1937 – 1950s

**Description of Request:** Passport application and related records of Johannes Arnold Eberhard Voehringer

I am requesting that you please search the Department of State's records for any passport and passport-related records of Johannes Arnold Eberhard Voehringer, born an American citizen abroad 13 June 1937 in Stuttgart, Germany. Please include in your search any other records or correspondence relating to him, including passport amendments, registration or validation applications, and exclusions.

Johannes Arnold Voehringer died 2 August 2011, as proven by the enclosed Social Security Death Index entry (Enclosure A).

Erich F. Voehringer, his father who may be included in these records, died 18 January 1973, as proven by the enclosed obituary (Enclosure B).

Eva Voehringer, his mother who may be included in these records, died 13 December 1984, as proven by the enclosed Social Security Death Index entry (Enclosure C).

Marie Adelheid "Heidi" Voheringer Allen, his sister who may be included in these records, died 25 March 2007, as proven by the enclosed obituary (Enclosure D).

Gisela Elisabeth Voehringer (now Heinecken), his sister, may also be included in these records. I have enclosed her authorization to release both her and notations about her within her brother's passport records to me (Enclosures E and F).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Johannes in the Dept. of State's holdings. He registered as a US citizen abroad in May 1945 (Bern). I have filed a separate Privacy Act request for his sister's passport records (with her authorization), in which Johannes is likely to be included, and a separate FOIA request for his father's passport records, in which Johannes is likely to be included.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

23 April 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1959 – 1984

**Description of Request:** Passport application and related records of Eva M. Voehringer

I am requesting that you please search the Department of State's records for any passport and passport-related records of Eva M. Voehringer, born 11 April 1906 in Stuttgart, Germany. She became a US citizen in the 1950s. Please include in your search any other records or correspondence relating to her, including additions of minor her children to her passport, passport amendments, registration applications, validation applications, and exclusions.

Eva Voehringer, died 13 December 1984, as proven by the enclosed Social Security Death Index entry (Enclosure A).

Erich F. Voehringer, her husband who is likely to be included in these records, died 18 January 1973, as proven by the enclosed obituary (Enclosure B).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to her in the Dept. of State's holdings. It is certain she applied for a passport in May 1959, and possibly again after that.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is

anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

Executed on

24 April 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1940 – 1950s

**Description of Request:** Passport application and related records of Marie Adelheid "Heidi" Voehringer

I am requesting that you please search the Department of State's records for any passport and passport-related records of Marie Adelheid "Heidi" Voehringer, born an American citizen abroad 8 August 1940 in Stuttgart, Germany. Please include in your search any other records or correspondence relating to her, including passport amendments, registration or validation applications, and exclusions.

Marie Adelheid "Heidi" Voheringer Allen died 25 March 2007, as proven by the enclosed obituary (Enclosure A).

Johannes Arnold Voehringer, her brother who may be included in these records, died 2 August 2011, as proven by the enclosed Social Security Death Index entry (Enclosure B).

Erich F. Voehringer, her father who maybe included in these records, died 18 January 1973, as proven by the enclosed obituary (Enclosure C).

Eva Voehringer, her mother who may be included in these records, died 13 December 1984, as proven by the enclosed Social Security Death Index entry (Enclosure D).

Gisela Elisabeth Voehringer (now Heinecken), her sister, may also be included in these records. I have enclosed her authorization to release both her and notations about her within her sister's passport records to me (Enclosures E and F).
I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Marie Adelheid in the Dept. of State's holdings. She registered as a US citizen abroad in May 1945 (Bern). I have filed a separate Privacy Act request for his sister's passport records (with her authorization), in which Marie is likely to be included, and a separate FOIA request for his father's passport records, in which Marie is likely to be included.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and personal interest.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on

25 April 2020

U.S. Department of State
Office of Law Enforcement Liaison
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

To Whom It May Concern:

This is a request for a passport record and any other related records under the Privacy Act.

**Date range of request:** 1936 - 1956

**Description of Request:** Passport application and related records of Gisela Voehringer (authorization enclosed)

I am requesting that you please search the Department of State's records for any passport and passport-related records of Gisela Voehringer, born an American citizen abroad 2 March 1936 in Stuttgart, Germany. Please include in your search any other records or correspondence relating to her, including additions of siblings to her passport, passport amendments, registration applications, validation applications, and exclusions.

I have enclosed Gisela Elisabeth Voehringer (now Heinecken)'s authorization to release her records to me (Enclosure A).

Erich F. Voehringer, her father who is likely to be included in these records, died 18 January 1973, as proven by the enclosed obituary (Enclosure B). I have enclosed Gisela's authorization to release information about her father to me (Enclosure C).

Eva Voehringer, her mother who is likely to be included in these records, died 13 December 1984, as proven by the enclosed Social Security Death Index entry (Enclosure D). I have enclosed Gisela's authorization to release information about her mother to me (Enclosure E).

Johannes Arnold Voehringer, her brother who is likely to be included in these records, died 2 August 2011, as proven by the enclosed Social Security Death Index entry (Enclosure F). I have enclosed Gisela's authorization to release information about her brother to me (Enclosure G).

Marie Adelheid "Heidi" Voheringer Allen, her sister who is likely to be included in these records, died 25 March 2007, as proven by the enclosed obituary (Enclosure H). I have enclosed Gisela's authorization to release information about her father to me (Enclosure I).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to her in the Dept. of State's holdings. She applied for passports, amendments, or renewals, or they were applied for on her behalf, in September 1940, March 1941, and September 1956. She registered as a US citizen abroad or had her citizenship validated in June 1938 (Stuttgart), September 1940 (Stuttgart), March 1941 (Stuttgart), and May 1945 (Bern). I have filed a separate FOIA request for the passport records of her father in which she is likely to be included.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and personal interest.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on

03 May 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom
of Information Act.

**Date range of request:** 1927 – 2015

**Description of Request:** Passport application and related records of Iris Bracci / Iris
Benedetti

I am requesting that you please search the Department of State's records for any passport
and passport-related records of Iris Bracci or Iris Benedetti (her married name), born an
American citizen abroad 17 May 1924 in Bagni di Lucca, Italy. Please include in your
search any other records or correspondence relating to her, including passport
amendments, applications, validation applications, and exclusions.

Iris Bracci Benedetti died 27 April 2015 as proven by the enclosed obituary (Enclosure
A).

Harry Benedetti, her husband who is likely to be included in these records, died 16 July
1994, as proven by the enclosed Social Security Death Index entry (Enclosure B).

Abramo Bracci, her father who is likely to be included in these records, died in August
1976, as proven by the enclosed Social Security Death Index entry (Enclosure C).

Gina Prosperi Bracci, her mother who is likely to be included in these records, died 11
September 1999, as proven by the enclosed Social Security Death Index entry (Enclosure
D).

I am requesting any passport applications, renewals, additions, correspondence, or any
other records related to Iris Bracci or Iris Benedetti in the Dept. of State's holdings. It is
certain a passport for her was applied for under her maiden name in Genoa, Italy in

November 1927, Passport No. 660. She may have later applied for a passport under her married name, after 9 June 1945.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

Executed on

04 May 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1938 – 1952

**Description of Request:** Passport application and related records of Louis Gardella

I am requesting that you please search the Department of State's records for any passport and passport-related records of Louis Gardella, born Luigi Stefano Gardella on 24 April 1889 in Neirone, Italy. He became a US citizen in Detroit, MI 4 February 1929. Please include in your search any other records or correspondence relating to him, including passport amendments, additions of his minor children to his passport, registration applications, validation applications, and exclusions.

Louis Gardella died 9 November 1952, as proven by the enclosed death record (Enclosure A).

Maria R. Bacigalupo Gardella, aka Isoline Gardella, his wife who is likely to be included in these records, died 13 November 1980, as proven by the enclosed Michigan Death Index entry. (Enclosure B).

Caterina Mary Bracci, nee Caterina Mary Gardella, born 13 or 14 January 1921 in Detroit, MI, his daughter who will appear on these records, died 10 February 2011, as proven by the enclosed obituary (Enclosure C).

Giovanni Stefani Gardella, aka John Steven Gardella, born 10 July 1923 in Detroit, MI, his son who will appear on these records, died 4 April 1993, as proven by the enclosed Social Security Death Index entry (Enclosure D).

Luigi Adelino Gardella, aka Louis A. Gardella, born 12 March 1927 in Detroit, MI, his son who will appear on these records, died 20 June 1999, as proven by the enclosed Social Security Death Index entry (Enclosure E).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Louis Gardella and his minor children in the Dept. of State's holdings. It is certain he applied for a passport at Detroit, MI in early May 1938, which included his three children named above.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

06 May 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1927 – 2018

**Description of Request:** Passport application and related records of Sergio Bracci

I am requesting that you please search the Department of State's records for any passport and passport-related records of Sergio Bracci, born an American citizen abroad 11 February 1924 in Bagni di Lucca, Italy. Please include in your search any other records or correspondence relating to him, including passport amendments, additions of his brother to his passport, registration applications, validation applications, and exclusions.

Sergio Bracci died 6 August 2018 as proven by the enclosed obituary (Enclosure A).

Silvano Bracci, his brother who is likely to be included in these records, died 16 May 1993, as proven by the enclosed Social Security Death Index entry (Enclosure B).

Elsie Bracci, his wife who is likely to be included in these records, died 17 September 2009, as proven by the enclosed obituary (Enclosure C).

Arbace Bracci, his father who is likely to be included in these records, died 17 October 1995, as proven by the enclosed obituary (Enclosure D).

Mini Bracci, his mother who is likely to be included in these records, died 17 March 1997 as proven by the enclosed obituary (Enclosure E).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Sergio Bracci in the Dept. of State's holdings. It is certain a

passport for him was applied for in Genoa, Italy in February 1927, Passport No. 16, which included his brother.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

Executed on

07 May 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1938 – 2008

**Description of Request:** Passport application and related records of Marta Bracci / Marta Bracci Prosperi

I am requesting that you please search the Department of State's records for any passport and passport-related records of Marta Bracci (maiden name) and Marta Bracci Prosperi (married name), aka Martha Prosperi, born an American citizen abroad 12 May 1922 in Bagni di Lucca, Italy. Please include in your search any other records or correspondence relating to her, including passport amendments, registration applications, validation applications, and exclusions.

Martha Prosperi died 31 August 2008, as proven by the enclosed Social Security Death Index entry (Enclosure A).

Eneri Prosperi, her husband who is likely to be included in these records, died 22 September 1990, as proven by the enclosed Social Security Death Index entry (Enclosure B).

Concetta Prosperi Bracci, her mother who is likely to be included in these records, died 16 April 1983, as proven by the enclosed death record (Enclosure C).

Elia Bracci, her father who is likely to be included in these records, died in Italy in 1924, as proven by the enclosed death record (Enclosure D).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Marta Bracci or Marta Bracci Prosperi in the Dept. of State's

holdings. It is certain she applied for a passport in Leghorn, Italy in December 1938 (under her maiden name) and further passports under her married name.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

Executed on

08 May 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1938 – 1983

**Description of Request:** Passport application and related records of Concetta Prosperi Bracci

I am requesting that you please search the Department of State's records for any passport and passport-related records of Concetta Prosperi Bracci born 18 November 1888 or 1889 in Bagni di Lucca, Italy. She became an American citizen upon her marriage to an American citizen (Elia Bracci) 14 March 1921 in Bagni di Lucca, Italy. Please include in your search any other records or correspondence relating to her, including passport amendments, registration applications, validation applications, and exclusions.

Concetta Bracci died 16 April 1983, as proven by the enclosed death record (Enclosure A).

Her husband, Elia Bracci, who is likely to be included in these records, died in Italy in March 1924, as proven by the enclosed death record (Enclosure B).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Concetta Prosperi Bracci in the Dept. of State's holdings. It is certain she applied for a passport in Florence, Italy in June 1946; in Chicago, Illinois, in April 1952 (passport 622003); and in Chicago, Illinois in 1960 (passport 2107167). She also registered as an American citizen abroad in Leghorn, Italy in December 1938.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything

else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

Executed on

9 May 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1948 – 1963

**Description of Request:** Passport application and related records of Aristea Borghesi

I am requesting that you please search the Department of State's records for any passport and passport-related records of Aristea Borghesi (nee Bracci), born an American citizen abroad 25 November 1904 in Bagni di Lucca, Italy. Please include in your search any other records or correspondence relating to her, including passport amendments, registration applications, validation applications, and exclusions.

Aristea Borghesi died 20 February 1963, as proven by the enclosed obituary (Enclosure A).

Leo Borghesi, her husband who is likely to be mentioned in the records, died 10 February 1992, as proven by the enclosed Social Security Death Index entry (Enclosure B).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Aristea Borghesi in the Dept. of State's holdings. It is certain she applied for a passport in Florence, Italy in December 1948.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.
Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

Executed on

10 May 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1949 – 1980s

**Description of Request:** Passport application and related records of Edmondo Bracci

I am requesting that you please search the Department of State's records for any passport and passport-related records of Edmondo Bracci, born an American citizen abroad 28 June 1888 in Bagni di Lucca, Italy. Please include in your search any other records or correspondence relating to him, including passport amendments, registration applications, validation applications, and exclusions.

I cannot prove death for Edmondo Bracci. However, he was born well over 100 years ago, as proven by the enclosed Passport Master Index card from the Dept. of State's records at the National Archives at College Park (Enclosure A).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Edmondo Bracci in the Dept. of State's holdings. It is certain he registered as an American citizen in Florence, Italy in February 1950.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

Executed on

11 May 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1925 – 1976

**Description of Request:** Passport application and related records of Abramo Bracci

I am requesting that you please search the Department of State's records for any passport and passport-related records of Abramo Bracci, born an American citizen abroad 17 December 1902 in Bagni di Lucca, Italy. Please include in your search any other records or correspondence relating to him.

Abramo Bracci died 31 August 1976, as proven by the enclosed Social Security Death Index entry (Enclosure A).

Gina Bracci (nee Prosperi), his wife who is likely to be mentioned in the records, died 11 September 1999, as proven by the enclosed Social Security Death Index entry (Enclosure B).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Abramo Bracci in the Dept. of State's holdings. It is certain he applied for a passport in June or July 1925.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

Executed on

12 May 2020

U.S. Department of State
Office of Law Enforcement Liaison
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

To Whom It May Concern:

This is a request for a passport record and any other related records under the Privacy Act and/or the Freedom of Information Act

**Date range of request:** 1957 – 2011

**Description of Request:** Passport application and related records of Doriano F. Bracci, wife, and minor children (daughter's authorization enclosed)

I am requesting that you please search the Department of State's records for any passport and passport-related records of Doriano F. Bracci, born 25 November 1923, in Detroit, Michigan. Please include in your search any other records or correspondence relating to him, including additions of his spouse or minor children to his passport, passport amendments, and passport renewals.

Included in his records will be the following:
- His wife, Catherine Mary Bracci, born 13 January 1921 in Detroit Michigan
- His daughter, Doreen Catherine Bracci, born 8 June 1950 in Detroit, Michigan
- His daughter, Sandra Maria Bracci, born 25 May 1953 in Detroit, Michigan

I have enclosed Sandra Maria Bracci (now McFawn)'s authorization to release her records within her father's passport records to me (Enclosure A), as well as her Driver's License (Enclosure B).

Doriano Bracci, her father who will be included in these records, died 7 December 2011, as proven by the enclosed Social Security Death Index entry (Enclosure C).

Catherine (nee Gardella) Bracci, her mother who will be included in these records, died 10 February 2011. as proven by the enclosed Social Security Death Index entry (Enclosure D).

I am unable to provide either an authorization or proof of death for Doreen Catherine Bracci.

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Doriano and his family members listed above in the Dept. of State's holdings. It is certain Doriano applied for a passport that included the three other family members listed above in April 1957 in Detroit, Michigan.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and personal interest.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

Executed on

28 September 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record under the Freedom of Information Act.

**Date range of request:** Late 1960s – early 1970s

**Description of Request:** Passport record of Joseph Iuliano

I am requesting that you please search the Department of State's records for information related to the application for a passport by and any other records within your files for Joseph Iuliano, born 7 or 9 December 1897 in Waterbury, Connecticut.

Joseph applied for a passport to visit Argentina around 1967 – 1970.

Joseph died in 1994 in Indiana, and I am including his death record as an enclosure.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including on the reverse of this page a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information requested about myself.

This request is for genealogical purposes.


Richard Venezia
PO Box 110047
Pittsburgh, PA 15224-2040
rich@richroots.net


ENC.
Passport of applicant (Richard Gary Venezia)
Death record of subject of interest (Joseph Iuliano)

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

 l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on
at

27 November 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for passport records and any other related records under the Freedom of Information Act.

**Date range of request:** 1952 – 1994

**Description of Request:** Passport application and related records of David Alan Harden

I am requesting that you please search the Department of State's records for information related to the investigation into the registration of birth abroad of and any applications for a passport by David Alan Harden, born 23 December 1952 in Dublin, Ireland, as well as any other records or correspondence relating to this individual.

Blanche Lucille Harden and her husband, Charles Oscar Harden were the adoptive parents of David Alan Harden. Blanche registered David as an American citizen born abroad with the American Consulate in Dublin; his registration as American citizens was then later revoked in 1954 or 1955.

David A. Harden died 8 May 1994, as proven by the enclosed obituary (Enclosure A).

Blanche L. Harden, his adoptive mother who may show up in these records, died in March 1995, as proven by the enclosed Social Security Applications and Claims Index entry (Enclosure B).

Charles Harden, his adoptive father who may show up in these records, died 15 July 1987, as proven by the enclosed Veterans Affairs BIRLS death file entry (Enclosure C).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to him in the Dept. of State's holdings.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,

Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

<span style="color:red">**NEW ADDRESS
PO Box 507
Philadelphia, PA 19105-0507**</span>

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

<span style="color:red">**NEW ADDRESS
PO Box 507
Philadelphia, PA 19105-0507**</span>

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia
Executed on   11/27/2020

13 February 2020

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record under the Freedom of Information Act.

**Date range of request:** Mid 1970s – mid 1980s

**Description of Request:** Passport record of Samuel Venezia

I am requesting that you please search the Department of State's records for information related to the application for a passport by and any other records within your files for Samuel Venezia, born 1 December 1920 in Hoboken, New Jersey.

Samuel applied for a passport to visit Germany in the late 1970s or early 1980s.

Samuel died in 2002 in New Jersey, and his death record is enclosed. I am also enclosing his wife, Grace Venezia's, death record, as she may be listed in the file.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including on the reverse of this page a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information requested about myself.

This request is for genealogical purposes.


Richard Venezia
PO Box 110047
Pittsburgh, PA 15224-2040
rich@richroots.net


ENC.
Passport of applicant (Richard Gary Venezia)
Death record of subject of interest (Samuel Venezia)
Death record of wife of subject of interest (Grace Venezia)

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on
at

16 February 2021

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1925 – 1955

**Description of Request:** Passport application and related records of Jeannette Meyer

I am requesting that you please search the Department of State's records for any passport and passport-related records of Jeannette Meyer, born 29 July 1877 in New York, NY. Please include in your search any other records or correspondence relating to her, including additions of her minor children to her passport, passport amendments, registration applications, validation applications, and exclusions.

Jeannette Meyer died 30 March 1955, as proven by the enclosed California Death Index entry (Enclosure A).

Leo Meyer, her husband who will be included in these records, died 21 November 1963, as proven by the enclosed obituary (Enclosure B).

Allan David Meyer, her son who will be included in these records, died in October 1967, as proven by the enclosed California Death Index entry (Enclosure C).

Kathleen Meyer Freidin, her daughter who will be included in these records, died 21 May 1996, as proven by the enclosed Social Security Applications and Claims Index entry (Enclosure D).

Elizabeth M. Meyer Land, her daughter who will be included in these records, died 6 April 2008, as proven by the enclosed Social Security Death Index entry (Enclosure E).

Francis Leo Meyer, her son who will be included in these records, died 31 July 1985, as proven by the enclosed California Death Index entry (Enclosure F).

**I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Jeannette Meyer in the Dept. of State's holdings.**  It is certain she applied for passports, renewals, or amendments in May 1926, April 1928, January 1930, December 1930, February 1932, February 1934, February 1936, February 1938, February 1940, August 1940, February 1941, and July 1941. She registered as a US citizen abroad or had her citizenship validated in December 1930 (Paris), February 1938 (Paris), December 1939, February 1940 (Valencia), August 1940 (Valencia), January 1941 (Valencia), March 1941 (Barcelona), and July 1941 (Barcelona). There should also be passport correspondence from June 1933, February 1940, and August 1941. However, I am requesting any records the Department has up until her death in 1955.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on
at

16 February 2021

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1925 – 1963

**Description of Request:** Passport application and related records of Leo Meyer

I am requesting that you please search the Department of State's records for any passport and passport-related records of Leo Meyer, born 15 March 1872 in Fuerth, Bavaria. Germany. He was born a US citizen, to a US citizen father. Please include in your search any other records or correspondence relating to him, including additions of his minor children or his wife to his passport, passport amendments, registration applications, validation applications, and exclusions.

Leo Meyer died 21 November 1963, as proven by the enclosed obituary (Enclosure A).

Jeannette Meyer, his wife who will be included in these records, died 30 March 1955, as proven by the enclosed California Death Index entry (Enclosure B).

Allan David Meyer, his son who will be included in these records, died in October 1967, as proven by the enclosed California Death Index entry (Enclosure C).

Kathleen Meyer Freidin, his daughter who will be included in these records, died 21 May 1996, as proven by the enclosed Social Security Applications and Claims Index entry (Enclosure D).

Elizabeth M. Meyer Land, his daughter who will be included in these records, died 6 April 2008, as proven by the enclosed Social Security Death Index entry (Enclosure E).

Francis Leo Meyer, his son who will be included in these records, died 31 July 1985, as proven by the enclosed California Death Index entry (Enclosure F).

**I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Leo Meyer in the Dept. of State's holdings.** It is certain he applied for passports, renewals, or amendments in July 1925, May 1926, May 1928, August 1930, December 1930, August 1932, July 1934, June 1936, June 1938, June 1940, and March 1941. He registered as a US citizen abroad or had his citizenship validated in December 1930 (Paris), February 1938 (Paris), December 1939 (Paris), June 1940 (Valencia), December 1940 (Valencia), March 1941 (Barcelona), and September 1941 (Valencia). There should also be passport correspondence from November 1940, September 1941, October 1942, February 1944, and April 1947. However, I am requesting any records the Department has up until his death in 1963.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on
at

20 February 2021

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1925 – 1967

**Description of Request:** Passport application and related records of Allan David Meyer

I am requesting that you please search the Department of State's records for any passport and passport-related records of Allan David Meyer, born 17 September 1904 in London, England. Please include in your search any other records or correspondence relating to him, including passport amendments, registration applications, validation applications, and exclusions.

Allan David Meyer died in October 1967, as proven by the enclosed California Death Index entry (Enclosure A).

Leo Meyer, his father who may be included in these records, died 21 November 1963, as proven by the enclosed obituary (Enclosure B).

Jeannette Meyer, his mother who may be included in these records, died 30 March 1955, as proven by the enclosed California Death Index entry (Enclosure C).

Kathleen Meyer Freidin, his sister who may be included in these records, died 21 May 1996, as proven by the enclosed Social Security Applications and Claims Index entry (Enclosure D).

Elizabeth M. Meyer Land, his sister who may be included in these records, died 6 April 2008, as proven by the enclosed Social Security Death Index entry (Enclosure E).

Francis Leo Meyer, his brother who may be included in these records, died 31 July 1985, as proven by the enclosed California Death Index entry (Enclosure F).

Leona Meyer, his wife who may be included in these records, died 24 January 1988, as proven by the enclosed California Death Index entry (Enclosure G).

**I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Allan David Meyer in the Dept. of State's holdings.** There should be passport correspondence from October 1942. However, I am requesting any records the Department has from 1925 up until his death in 1967.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net


The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

Executed on
at

20 February 2021

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1925 – 2008

**Description of Request:** Passport application and related records of Elizabeth M. Land/Landauer (maiden name Elizabeth Meyer)

I am requesting that you please search the Department of State's records for any passport and passport-related records of Elizabeth Meyer (married name Elizabeth M. Land or Landauer), born 1 August 1914 in London, England. Please include in your search any other records or correspondence relating to her, including passport amendments, registration applications, validation applications, and exclusions.

Elizabeth Meyer Land died 6 April 2008, as proven by the enclosed Social Security Death Index entry (Enclosure A).

Leo Meyer, her father who may be included in these records, died 21 November 1963, as proven by the enclosed obituary (Enclosure B).

Jeannette Meyer, her mother who may be included in these records, died 30 March 1955, as proven by the enclosed California Death Index entry (Enclosure C).

Allan David Meyer, her brother who may be included in these records, died in October 1967, as proven by the enclosed California Death Index entry (Enclosure D).

Kathleen Meyer Freidin, her sister who may be included in these records, died 21 May 1996, as proven by the enclosed Social Security Applications and Claims Index entry (Enclosure E).

Francis Leo Meyer, her brother who may be included in these records, died 31 July 1985, as proven by the enclosed California Death Index entry (Enclosure F).

Kurt Ludwig Landauer (aka Lewis Kurt Land), her husband who may be included in these records, died 7 September 1987, as proven by the enclosed Social Security Death Index entry (Enclosure G).

**I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Elizabeth M. Land in the Dept. of State's holdings.**

It is certain she applied for passports, renewals, or amendments in August 1930, August 1932, July 1934, and June 1936. She registered as a US citizen abroad or had her citizenship validated in December 1930 (Paris) and March 1937 (London). There should be passport correspondence from April 1937 November 1940. I am requesting any records the Department has from 1925 up until her death in 2008.

Note she married Kurt Ludwig Landauer 22 March 1937 (later known as Lewis Kurt Land). As such, records prior to this point should be under her maiden name (Elizabeth Meyer) and after this point should be under her married name (Elizabeth Land aka Landauer).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on                          at

20 February 2021

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1925 – 1985

**Description of Request:** Passport application and related records of Francis Leo Meyer

I am requesting that you please search the Department of State's records for any passport and passport-related records of Francis Leo Meyer born 17 February 1917 in San Francisco, California. Please include in your search any other records or correspondence relating to him, including passport amendments, registration applications, validation applications, and exclusions.

Francis Leo Meyer died 31 July 1985, as proven by the enclosed California Death Index entry (Enclosure A).

Leo Meyer, his father who may be included in these records, died 21 November 1963, as proven by the enclosed obituary (Enclosure B).

Jeannette Meyer, his mother who may be included in these records, died 30 March 1955, as proven by the enclosed California Death Index entry (Enclosure C).

Elizabeth Meyer Land, his sister who may be included in these records, died 6 April 2008, as proven by the enclosed Social Security Death Index entry (Enclosure D).

Kathleen Meyer Freidin, his sister who may be included in these records, died 21 May 1996, as proven by the enclosed Social Security Applications and Claims Index entry (Enclosure E).

Allan David Meyer, his brother who may be included in these records, died in October 1967, as proven by the enclosed California Death Index entry (Enclosure F).

**I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Francis Leo Meyer in the Dept. of State's holdings.** It is certain he applied for passports, renewals, or amendments in June 1933, May 1935, June 1937, June 1939, February 1941, October 1945, November 1947, and November 1959. He registered as a US citizen abroad or had his citizenship validated in December 1934 (Valencia), June 1937 (Paris), December 1939 (Valencia), June 1940 (Valencia), December 1940 (Valencia), March 1941 (Valencia), and September 1941 (Valencia). There should be passport correspondence from November 1951. I am requesting any records the Department has from 1925 up until his death in 1985.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on

at

20 February 2021

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1925 – 1996

**Description of Request:** Passport application and related records of Kathleen M. Freidin (maiden name Kathleen Meyer)

I am requesting that you please search the Department of State's records for any passport and passport-related records of Kathleen Meyer (married name Kathleen M. Freidin), born 19 November 1910 in London, England. Please include in your search any other records or correspondence relating to her, including passport amendments, registration applications, validation applications, and exclusions.

Kathleen Meyer Freidin died 21 May 1996, as proven by the enclosed Social Security Applications and Claims Index entry (Enclosure A).

Leo Meyer, her father who may be included in these records, died 21 November 1963, as proven by the enclosed obituary (Enclosure B).

Jeannette Meyer, her mother who may be included in these records, died 30 March 1955, as proven by the enclosed California Death Index entry (Enclosure C).

Allan David Meyer, her brother who may be included in these records, died in October 1967, as proven by the enclosed California Death Index entry (Enclosure D).

Elizabeth M. Meyer Land, her sister who may be included in these records, died 6 April 2008, as proven by the enclosed Social Security Death Index entry (Enclosure E).

Francis Leo Meyer, her brother who may be included in these records, died 31 July 1985, as proven by the enclosed California Death Index entry (Enclosure F).

Jacque Friedin, her husband who may be included in these records, died 2 August 1959, as proven by the enclosed California Death Index entry (Enclosure G).

**I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Kathleen Meyer Friedin in the Dept. of State's holdings.**  It is certain she applied for passports, renewals, or amendments in June 1927, May 1929, March 1930, June 1931, and 1947. She registered as a US citizen abroad or had her citizenship validated in March 1930 (Paris) and March 1932 (Paris). There should be passport correspondence from December 1946. I am requesting any records the Department has from 1925 up until her death in 1996.

Note she married Jacques Friedin 11 July 1933. As such, records prior to this point should be under her maiden name (Kathleen Meyer) and after this point should be under her married name (Kathleen M. Friedin).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including below a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Rich Venezia
PO Box 110047
Pittsburgh, PA 15232-0047
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 110047, Pittsburgh, PA 15232-0047
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on
at

27 August 2021

U.S. Department of State
Office of Law Enforcement Liaison
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1937 – 1954

**Description of Request:** Passport application and related records of Marion Eva MacMurray

I am requesting that you please search the Department of State's records for any passport and passport-related records of Marion Eva MacMurrray, born 8 March 1877 in Danville, Illinois. Please include in your search any other records or correspondence relating to her, including passport amendments, registration or repatriation or validation applications, and exclusions.

Marion MacMurray died 26 January 1954, as proven by the enclosed California  death index entry (Enclosure A).

Rupert Wesley MacMurray, her husband who may be included in these records, died 31 August 1951, as proven by the enclosed California death index entry (Enclosure B).

I am requesting any passport applications, renewals, additions, correspondence, or any other records related to Marion Eva MacMurrray in the Department of State's holdings. It is known she she repatriated at the Calgary Consulate in June 1937, and likely applied for a passport shortly thereafter.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is

anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and personal interest.

Thank you for your time and consideration,


Rich Venezia
PO Box 507
Philadelphia, PA 19105
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia

Executed on

9 September 2021

U.S. Department of State
Office of Law Enforcement Liaison
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

To Whom It May Concern:

This is a request for a passport record under the Privacy Act.

**Date range of request:** 1948 – 1949

**Description of Request:** Apostilled passport application of Carmine Sciulli (authorization enclosed)

I am requesting that you please search the Department of State's records for the passport application of Carmine Sciulli, born an American citizen abroad 2 October 1930 in Gamberale, Italy.

Carmine was issued Passport No. 2215 at the Consular Section of the Embassy at Rome, Italy 11 January 1949. The number FS 236329 also appears on his passport. He may have applied for this passport as early as February 1948.

I have enclosed Carmine Sciulli's authorization to release his records to me on Form DS-4240, as well as a copy of his cancelled passport and his driver's license.

**Please note I am requesting an apostilled copy of this passport record to be used in Italy, and I understand there will be an $8 fee associated with this request.** I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on

9 September 2021

9 September 2021

U.S. Department of State
Office of Law Enforcement Liaison
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

To Whom It May Concern:

This is a request for a passport record under the Privacy Act.

**Date range of request:** 1947

**Description of Request:** Apostilled passport application of Maria D'Andrea (authorization enclosed)

I am requesting that you please search the Department of State's records for the passport application of Maria D'Andrea, born an American citizen abroad 1 February 1934 in Gamberale, Italy.

Maria was issued Passport No. 973 at the Consular Section of the Embassy at Rome, Italy 14 October 1947. The number FS 202112 also appears on her passport.

I have enclosed Maria (nee D'Andrea) Sciulli's authorization to release her records to me on Form DS-4240, as well as a copy of her cancelled passport and her driver's license.

**Please note I am requesting an apostilled copy of this passport record to be used in Italy, and I understand there will be an $8 fee associated with this request.** I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on
        9 September 2021

6 January 2022

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act

**Date range of request:** 1948 – 1969

**Description of Request:** Passport application and related records of Angelo Marino Di Santo

I am requesting that you please search the Department of State's records for any passport and passport-related records of Angelo Marino Di Santo, born 31 July 1884 in Liscia, Italy. He became a US citizen in Reading, Berks Co., PA in November 1927.

Please include in your search any other records or correspondence relating to him, including passport amendments, certificates of loss of nationality, registration applications, and passport renewals.

Angelo Di Santo died in May 1969, as proven by the enclosed Social Security Death Index entry (ENCLOSURE).

I am requesting any passport applications, renewals, additions, correspondence, certificates of loss of nationality, or any other records related to Angelo in the Dept. of State's holdings. It is certain Angelo applied for a passport in June 1948, and there was correspondence relating to his Certificate of Loss of Nationality in November 1958 and May 1959.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on

6 January 2022, Philadelphia, PA

5 January 2022

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a Consular Record of Birth Abroad (CRBA) under the Freedom of Information
Act.

**Date range of request:** 1942 – 1947

**Description of Request:** Certified CRBA for Edward A. M. St. Aubyn

I am requesting a *certified* copy of the registration of birth abroad of Edward A. M. St. Aubyn

He was born in San Tomé, Venezuela 6 November 1942. His American citizen father, Edward John
Baber St. Aubyn, and alien mother, Rosa Clemencia, registered this birth as that of an American
citizen born abroad around April/May 1947 with the Consulate in Puerto la Cruz. This is proven by
the attached DoS Passport Master Index card, noting his Birth Report. [His father was born 24
August 1906 in Russell, Kansas; his mother was born 20 July 1914 in Santa Rosa, Venezuela.)

Edward A. M. St. Aubyn died in 2008, as proven by the enclosed Social Security Death Index entry.

I am enclosing a check for $50 for this request made out to "Department of State". Please inform
me if there is anything else I can provide you with for the purposes of fulfilling this request. I am
also enclosing the front and back of my driver's license for identification purposes. I am also
including below my notarized signature.

This request is for to assist the subject's daughter with an application for U. S. citizenship.

Thank you for your time and consideration,


Richard Venezia
PO Box 507
Philadelphia, PA 19105-0507
412.339.0602
rich@richroots.net

12 January 2022

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1938 – 1988

**Description of Request:** Passport application and related records of Beniamino Pezzuti and family

I am requesting that you please search the Department of State's records for any passport and passport-related records of Beniamino Pezzuti, aka Benjamin or Benny Petsy, born 1 September 1903 in Villa Sant'Angelo, Italy. He became a US citizen in Canton, Stark Co, Ohio, in 1933.

I am requesting any passport applications, renewals, additions, correspondence, certificates of loss of nationality, registration applications, or any other records related to Beniamino in the Dept. of State's holdings. It is certain Beniamino applied for a passport in January 1938, which also included his wife, Mary Battistone Pezzuti (born 20 November 1911 in East Palestine, Ohio) and his children, Alberico Pezzuti (born 17 November 1928 in Canton, Ohio) and Florenna Pezzuti (born 3 September 1932 in Canton, Ohio).

Beniamino Pezzuti (aka Benny Petsy) died in February 1988, as proven by the enclosed Social Security Death Index entry (ENCLOSURE).

Mary Battistone Pezzuti (aka Mary Petsy) died in July 1993, as proven by the enclosed Social Security Death Index entry.

Alberico Pezzuti (aka Albert Petsy), his child who will appear in these records, died 20 March 2020, as proven by the enclosed death record (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.


Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on    12 January 2022, Philadelphia, PA

13 January 2022

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1939 – 1974

**Description of Request:** Passport application and related records of Nicola Cresta and family

I am requesting that you please search the Department of State's records for any passport and passport-related records of Nicola Cresta, born 5 October 1891 in Castelfranci, Italy. He became a US citizen in Boston, Massachusetts, in June 1918.

I am requesting any passport applications, renewals, additions, correspondence, certificates of loss of nationality, registration applications, or any other records related to Nicola in the Dept. of State's holdings. It is certain Nicola applied for a passport in March 1939 in Naples, Italy, and that there was correspondence about his passport in October and December 1939. He may also have applied for passports later on in life, as well, until his death in 1974. The 1939 passport also included his wife, Filomena Dragonetti Cresta (born 4 January 1907 in Italy), Maria Cresta (born 1922 in Castelfranci, Italy), Rosina Cresta (born 2 November 1924 in Castelfranci, Italy), Soccorso Cresta (born 11 February 1926 in Castelfranci, Italy), Aurora Cresta (born 18 December 1929 in Wakefield, MA), Grazia Cresta (born 20 December 1930 in Wakefield, MA), Celestine Cresta (born 5 August 1933 in Wakefield, MA), Nicola Cresta (born 8 March 1936 in Wakefield, MA), and Armando Cresta (born 23 September 1938 in Wakefield, MA).

Nicola Cresta died in July 1974, as proven by the enclosed Social Security Death Index entry (ENCLOSURE).

Filomena Cresta died 23 December 2000, as proven by the enclosed Social Security Death Index entry (ENCLOSURE).

Rosina (aka Rose Mary) Cresta Bruno died 16 May 2006, as proven by the enclosed Social Security Death Applications & Claims Index entry (ENCLOSURE).

Soccorso (aka Sam) Cresta died 22 November 2010, as proven by the enclosed Social Security Death Index entry (ENCLOSURE).

Aurora Cresta Devine died 26 February 2020, as proven by the enclosed obituary (ENCLOSURE).

Grazia Cresta (aka Grace Jensen) died 12 May 2005, as proven by the enclosed Social Security Death Applications & Claims Index entry (ENCLOSURE).

Celestine (aka Charles) Cresta died 24 September 2012, as proven by the enclosed Social Security Death Index entry (ENCLOSURE).

Nicola (aka Nicholas) Cresta died 24 May 2009, as proven by the enclosed Social Security Death Index entry (ENCLOSURE).

Armando Cresta died 9 April 1998, as proven by the enclosed Social Security Death Index entry (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on        13 January 2022, Philadelphia, PA

15 June 2022

U.S. Department of State
Office of Records Management
Records Review and Release Division
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166

Dear FOIA Officer:

This letter serves as additional identifying data for LE-2019004001, a request made under the Freedom of Information Act.

**Date range of request:** 1953 – 1954

**Description of Request:** Passport application and related records of Wesley Harold Autry

My request was for a search of any passport records of Wesley Harold Autry, born 20 January 1913 in San Antonio, Texas, as well as any other records or correspondence relating to this individual.

The enclosed closure letter, dated 1 June2022, specifies no records relevant to my request were found. However, it is certain Mr. Autry applied for a passport in London in March 1953, per the Department of State's Passport Master Index (copy enclosed). It seems this passport may have been renewed and/or processed in October 1954.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including on the next page a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes.

Thank you for your time and consideration,


Richard Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.
Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia
Executed on

10 August 2022

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1925-1955

**Description of Request:** Passport application and related records of Alfredo Pedimonti and family members

I am requesting that you please search the Department of State's records for any passport and passport-related records of Alfredo Pedimonti (aka Pedemonti), born 24 June 1875 in Dazio, Italy. He became a US citizen in Hartford, Conn., in 1904.

I am requesting any passport applications, renewals, additions, correspondence, certificates of loss of nationality, registration applications, or any other records related to Alfredo in the Dept. of State's holdings. It is certain Alfredo applied for a passport that was refused in March/April 1925, and there was some further correspondence regarding that in June 1925. He applied for passports again in September 1928 and July 1930. There were telegrams sent to the Department of State regarding his case in both June 1930 and July 1930. He applied to register as a US citizen abroad in Milan in February 1940. This attempt to register as a US citizen led to his Certificate of Expatriation in May 1940.

Alfredo Pedemonti was born over 100 years ago, as proven by his 1919 passport (ENCLOSURE).

Alfredo's wife, Giovannina Giuseppe, who will be included in these files, was also born over 100 years ago, as proven by her 1919 passport (ENCLOSURE).

Quinto Pedemonti, who will be included in these files, is deceased, as proven by the enclosed obituary (ENCLOSURE).

Ottavio Pedemonti, who will be included in these files, was born 100 years ago in 1922, as proven by his 1922 birth record (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else

I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.


Thank you for your time and consideration,

*Rich Venezia*

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.


Richard Venezia     *Rich Venezia*

Executed on     **08/10/2022**

10 August 2022

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of
Information Act.

**Date range of request:** 1945-1990

**Description of Request:** Passport application and related records of Pierino Pedemonti

I am requesting that you please search the Department of State's records for any passport
and passport-related records of Pierino Pedimonti (first name AKA Peter, last name AKA
Pedemonti), born 22 June 1917 in Berlin, Connecticut.

I am requesting any passport applications, renewals, additions, correspondence, certificates
of loss of nationality, registration applications, or any other records related to Pierino in the
Dept. of State's holdings. It is certain Pierino applied to register as a US citizen abroad in
Milan in December 1945. This led to a Certificate of Expatriation in January 1946. There
was then further correspondence about this case in October 1946 and April 1947. There was
more correspondence in May 1948, cancelling the Certificate of Expatriation, and again in
January, February, and September 1949. He also applied for a passport in July 1973.

Pierino Pedemonti died in June 1990, as proven by the enclosed Social Security Applications
& Claims Index (ENCLOSURE).

Pierino's wife, Antonietta Paniga Pedemonti, who will be included in these files, is also
deceased, as proven by the enclosed Social Security Death Index (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the
estimated fees will exceed this limit before processing my request, or if there is anything else
I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy
of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this
request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on    **08/10/2022**

8 April 2023

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1959 – 1960

**Description of Request:** Passport application and related records of Joseph Barnaba

I am requesting that you please search the Department of State's records for any passport and passport-related records of Joseph Barnaba, born 22 August 1875 in Casamassima, Italy.

I am requesting any passport applications, renewals, additions, correspondence, registration applications, certificates of loss of nationality, or any other records related to Joseph in the Dept. of State's holdings. It is certain Joseph applied for a passport in March 1959, as per the enclosed index card from the Department of State's Passport Master Index (ENCLOSURE).

Joseph Barnaba died in July 1960, as proven by the enclosed death record (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.
Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on        04/08/2023

8 April 2023

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1946 – 1991

**Description of Request:** Passport application and related records of Virginia Powell Fedonchuk

I am requesting that you please search the Department of State's records for any passport and passport-related records of Virginia Powell Fedonchuk, born 5 January 1909 in Oldtown, Virginia.

I am requesting any passport applications, renewals, additions, correspondence, registration applications, or any other records related to Virginia in the Dept. of State's holdings. It is certain Virginia applied for a passport in November 1946 and July 1952, as per the enclosed index cards from the Department of State's Passport Master Index (ENCLOSURE).

Virginia Fedonchuk died in November 1991, as proven by the enclosed death record (ENCLOSURE).

Virginia's husband, John Fedonchuk, died in February 2004, as proven by the enclosed Social Security Death Index entry (ENCLOSURE).

Virginia and John's adopted daughter, Susan, died in September 2007, as proven by the enclosed Social Security Death Index entry (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on            04/08/2023

8 April 2023

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1927 – 1940

**Description of Request:** Passport application and related records of Harriet Stanton Blatch

I am requesting that you please search the Department of State's records for any passport and passport-related records of Harriet Stanton Blatch, born 20 January 1856 in Seneca Falls, NY.

I am requesting any passport applications, renewals, additions, correspondence, registration applications, or any other records related to Harriet in the Dept. of State's holdings. It is certain she applied for a passport in April 1927 and June 1929, as per the enclosed index cards from the Department of State's Passport Master Index (ENCLOSURE).

Harriet Stanton Blatch died in November 1940, as proven by the enclosed death index entry (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true
and correct.

Richard Venezia

Executed on    04/08/2023

8 April 2023

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1952 – 2006

**Description of Request:** Passport application and related records of Antonetta Selvestro Caridi

I am requesting that you please search the Department of State's records for any passport and passport-related records of Antonetta Selvestro Caridi, aka Antonietta Silvestro Caridi, born 21 August 1914 in Ludlow, VT.

I am requesting any passport applications, renewals, additions, correspondence, registration applications, certificates of loss of nationality, repatriations, or any other records related to Antonetta/Antonietta in the Dept. of State's holdings. It is certain there was an application for registration in Naples and correspondence about her loss of US citizenship in September 1952, as per the enclosed index cards from the Department of State's Passport Master Index (ENCLOSURE). I am requesting you search for passports from 1952 until her death in 2006.

Antonetta Selvestro Caridi died in February 2006, as proven by the enclosed Social Security death index entry (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on          04/08/2023

8 April 2023

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1939 – 1956

**Description of Request:** Passport application and related records of Henrietta Cohn

I am requesting that you please search the Department of State's records for any passport and passport-related records of Henriette (aka Henrietta) Cohn, born 17 April 1881 in New York City, NY.

I am requesting any passport applications, renewals, additions, correspondence, registration applications, certificates of loss of nationality, repatriations, or any other records related to Henriette in the Dept. of State's holdings. It is certain there was correspondence relating to her in February and April 1939, that she applied for a passport in Berlin in April 1939 and an extension and validation in Berlin in January 1940, and that there was correspondence to the Department in September 1940, as per the enclosed index cards from the Department of State's Passport Master Index (ENCLOSURE).

Henrietta Cohn died in April 1956, as proven by the enclosed death index entry (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on  04/08/2023

8 April 2023

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1949 – 1996

**Description of Request:** Passport application and related records of Sonia Sophia Slonim

I am requesting that you please search the Department of State's records for any passport and passport-related records of Sonia Sophia Slonim, born 8 November 1908 in St. Petersburg, Russia. She became a US citizen in New York City in 1946.

I am requesting any passport applications, renewals, additions, correspondence, certificates of loss of nationality, registration applications, or any other records related to Beniamino in the Dept. of State's holdings. It is certain Sonia applied for a passport in February 1949 and January 1955, as per the enclosed index cards from the Department of State's Passport Master Index. She also applied for a passport again around 1960 or 1961, and likely applied for several more passports before she died in 1996.

Sonia Sophia Slonim died January 1996, as proven by the enclosed Social Security Death Index entry (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on   04/08/2023

10 April 2023

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of
Information Act.

**Date range of request:** 1947 – 1977

**Description of Request:** Passport applications and related records of Casimiro Polimeni

I am requesting that you please search the Department of State's records for any passport
and passport-related records of Casimiro Polimeni, born 8 March 1917 in Uniontown, PA.

I am requesting any passport applications, renewals, additions, correspondence, registration
applications, certificates of loss of nationality, repatriations, or any other records related to
Casimiro in the Dept. of State's holdings. It is certain there was a Consular registration
application in Rome in February 1947, as per the enclosed index cards from the Department
of State's Passport Master Index (ENCLOSURE). He also applied for a passport (no.
316559) in 1960, and possibly others before his death. I am requesting you search for
passports and related records from 1947 until his death in 1977.

Casimiro Polimeni died in November 1977 in Cornwall, NY, as proven by the enclosed
death record (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the
estimated fees will exceed this limit before processing my request, or if there is anything else
I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy
of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this
request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net
The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

I declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on    04/10/2023

13 June 2023

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1953 – 1997

**Description of Request:** Passport application and related records of Claire May McCourt

I am requesting that you please search the Department of State's records for any passport and passport-related records of Claire May McCourt, born 1 January 1920 in Yonkers, New York. Her first name was also sometimes spelled Clare.

I am requesting any passport applications, renewals, additions, correspondence, registration applications, or any other records related to Claire/Clare in the Dept. of State's holdings. It is certain Claire applied for a passport in February 1953, as per the enclosed index card from the Department of State's Passport Master Index (ENCLOSURE).

Claire McCourt died 8 September 1997, as proven by the enclosed Social Security Applications & Claims index entry (ENCLOSURE).

Joseph T. McCourt, Claire's husband who may be noted in Claire's records, died 10 February 1988 as proven by the enclosed Social Security Applications & Claims index entry (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on    06/13/2023

13 June 2023

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1932 – 1960

**Description of Request:** Passport application and related records of Giovanni Navarretta

I am requesting that you please search the Department of State's records for any passport and passport-related records of Giovanni Navarretta, born 24 June 1899 in Caiazzo, Province of Caserta, Italy. He also sometimes stated that he was born in Naples, Italy. He was also sometimes known as John Navarretta.

I am requesting any passport applications, renewals, additions, correspondence, certificates of loss of nationality, registration applications, or any other records related to Giovanni in the Dept. of State's holdings. It is certain Giovanni applied for passports in April 1932 and September 1935, and registered as an American citizen in Naples in September 1940, as per the enclosed index cards from the Department of State's Passport Master Index. His naturalization was also cancelled, and there appears to be correspondence from 1941 in the Department of State's records, as per the Department of State's Passport Master Index (ENCLOSURE).

Giovanni Navarretta died 16 November 1960, as proven by the enclosed death record (ENCLOSURE).

Robert (aka Roberto) Navarretta, Giovanni's son who may be noted in Giovanni's records, died 29 October 1960, as proven by the enclosed California death index (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on    06/13/2023

13 June 2023

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1932 – 1960

**Description of Request:** Passport application and related records of Robert Navarretta

I am requesting that you please search the Department of State's records for any passport and passport-related records of Robert Navarretta, born 28 July 1930 in Schenectady, New York. He was sometimes known as Roberto Navarretta.

I am requesting any passport applications, renewals, additions, correspondence, certificates of loss of nationality, registration applications, or any other records related to Robert/Roberto in the Dept. of State's holdings. It is certain Robert registered as an American citizen in Naples in October 1940, and there also appears to have passport correspondence regarding Robert in September 1940, as per the enclosed index cards from the Department of State's Passport Master Index (ENCLOSURE). Robert also applied for a passport around 1948.

Robert (aka Roberto) Navarretta died 29 October 1960, as proven by the enclosed California death index (ENCLOSURE).

Giovanni Navarretta, Robert's father who may be noted in Robert's records,  died 16 November 1960, as proven by the enclosed death record (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true
and correct.

Richard Venezia

Executed on  06/13/2023

14 June 2023

U.S. Department of State
Office of Records Management
FOIA Officer
44132 Mercure Cir
P.O. Box 1227
Sterling, VA 20166-1227

To Whom It May Concern:

This is a request for a passport record and any other related records under the Freedom of Information Act.

**Date range of request:** 1950 – 1988

**Description of Request:** Passport application and related records of Joseph T. McCourt

I am requesting that you please search the Department of State's records for any passport and passport-related records of Joseph T. McCourt, born 20 February 1919 (also sometimes noted as 1918) in New York City, New York.

I am requesting any passport applications, renewals, additions, correspondence, registration applications, or any other records related to Joseph in the Dept. of State's holdings. It is certain Joseph applied for a passport in May 1950, and had some passport correspondence from London in December 1954, as per the enclosed index cards from the Department of State's Passport Master Index (ENCLOSURE).

Joseph T. McCourt died 10 February 1988 as proven by the enclosed Social Security Applications & Claims index entry (ENCLOSURE).

Claire McCourt, Joseph's wife who may be noted in his records, died 8 September 1997, as proven by the enclosed Social Security Applications & Claims index entry (ENCLOSURE).

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request, or if there is anything else I can provide you with for the purposes of fulfilling this request. I am also enclosing a copy of my passport for identification purposes.

I am including a signed statement under penalty of perjury attesting to the facts within this request, and also to various personal information about myself.

This request is for research purposes and genealogical interest.

Thank you for your time and consideration,

Rich Venezia
PO Box 507
Philadelphia, PA 19105-0507
rich@richroots.net

The facts below are herein furnished for the purposes of this request.

Full Name: Richard Gary Venezia
Birthdate: 15 January 1990
Birthplace: Raritan Township, New Jersey, USA
Current Mailing Address: PO Box 507, Philadelphia, PA 19105-0507
Current Daytime Telephone: 412.339.0602
Current Email Address: rich@richroots.net

l declare under penalty of perjury (pursuant to 28 U. S. C. § 1746) that the foregoing is true and correct.

Richard Venezia

Executed on          06/14/2023



# Request - F-2025-03767

← Back

## Requester Details

To modify request details please update your requester profile or contact the our office for assistance.

**Mr. Richard Gary Venezia**
614 South 4th Street
#504
Philadelphia, PA  19147
Phone 412-339-0602
rich@richroots.net

Requester Default Category: Other (General Public)

## Request Details

| | |
|---|---|
| Date Requested | 11/20/2024 |
| Received Date | 11/20/2024 |
| Estimate Delivery Date | 01/07/2025 |
| Status | Assigned for Processing |

## General Information

Please select **IPS** if you are seeking records relating to (1) the formulation and execution of U.S. foreign policy, (2) the administration and operations of the U.S. Department of State and U.S. missions abroad, (3) visa requests from non-citizens to the enter the U.S., (4) consular assistance to U.S. citizens abroad, and (5) current and former employees of the U.S. Department of State.

Please Note: if you are requesting the status of your submitted request, go to the Request Status page.

If you are seeking U.S. passport records, please select **PPT**.

| | |
|---|---|
| Action Office | PPT |
| Action Office Instructions | Passport Services |
| Request Type | FOIA |
| Requester Category | Other (General Public) |
| Delivery Mode | PAL Download |

## Shipping Address

| | | | |
|---|---|---|---|
| Street1 | 614 South 4th Street | Street2 | #504 |
| Country | United States | City | Philadelphia |
| State | Pennsylvania | Other State/Province (Int'l) | |
| Zip Code | 19147 | | |

## Description of Records

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above and consenting to and authorizing disclosure of my records, or records that I am entitled to request as the parent of a minor or the legal guardian of an incompetent, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine, imprisonment of not more than five years, or both, and that requesting or obtaining any record(s) under false pretense is punishable under the provisions of 5 U.S.C § 552a(i)(3) by a fine of not more than $5,000.

Records Description

> Consular Report of Death Abroad for Giuseppe Busellini - died May 1976 in Italy; born 9 March 1902 in Michigan; SSN 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 (Date Range for Record Search: From 04/01/1976 To 05/31/1977)

Date Range for Record Search: From(mm/dd/yyyy)

04/01/1976

To (mm/dd/yyyy)

05/31/1977

The search will end with the date entered into the date range unless "present" is specified in the text of the request description.

Requests for an individual's visa records/an individual's records require a valid authorization from the subject of the records. If you are seeking records about/on behalf of someone else, you are required to complete and attach a **DS-4240C** (Consent) form.

Description Document    🔗 Add Attachment

## FOIA Visa Add'l Information

Visa Applicant Name

Aliases

Date of Birth (mm/dd/yyyy)

Applicant's Place of Birth

Case/Receipt #

## Fee Information

The FOIA allows agencies to charge fees for processing FOIA requests (See **Fee Regulations** for Requester Category Information)

**Fee Agreement** (enter the maximum amount of fees you are willing to pay)

Willing Amount ($)

25.00

**Fee Waiver Requests -** A request for a waiver or a reduction of fees will be considered if disclosure of the information is in the public interest, because it is likely to contribute significantly to public understanding of the operations or activities of the government, and is not primarily in the commercial interest of the requester.

Fee Waiver Requested    ☐ 🔗 Add Attachment

Fee Waiver Request Reason

**Cost Details :**

Total Cost    $0.00

Cost Incurred    $0.00

Amount Paid    $0.00

Balance Amount    $0.00

Payment Status    No Charges

Willing to Pay All Fees    ☑

**Expedite Information**

Check to Request
Expedite    ☐ 📎 Add Attachment

**Expedite Requests -** A request for expedited processing can be granted if the requester shows a "compelling need" for an expedited response. The requester must also certify that the statement of compelling need is true and correct to the best of his or her knowledge and belief. A "compelling need" warranting faster FOIA processing exists in three categories of circumstances.

- That the failure to obtain the records within an expedited deadline could reasonably be expected to pose an imminent threat to an individual's life or physical safety.
- A request by someone "primarily engaged in disseminating information" and "a matter of current exigency to the American public."
- The loss of substantial due process of rights.

Reason for Expedite
Request

**STATE.gov**     **USA.gov**     **FOIA.gov**

BN132



**Exhibit 2**

**United States Department of State**

*Washington, D.C. 20520*

September 20th, 2019

Case Number: LE-2019003496

Richard Venezia
P.O. Box 110047
Pittsburgh, PA 15232-0047

Dear Mr. / Ms. Venezia,

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated September 4th, 2019 to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the tracking number in all future communications concerning this FOIA/PA request

This Office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt and will be handled as quickly as possible. If you have any questions regarding the status of your request or to discuss any aspect of your request you may contact our office at (202) 485-6550.

Sincerely,
Passport Services
Office of Legal Affairs
Law Enforcement Liaison Division

**United States Department of State**

*Washington, D.C. 20520*

DATE:09/25/2019                                           Case Number: LE-2019003508

Richard Gary Venezia                                      Blanche L.Harden
P.O. Box 110047
Pittsburgh, PA 15232

Dear Mr./Ms.: Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated _____9/10/2019_____, to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the tracking number in all future communications concerning this FOIA/PA request.

This Office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt and will be handled as quickly as possible. If you have any questions regarding the status of your request or to discuss any aspect of your request you may contact our office at (202) 485-6550.

Sincerely,
Passport Services
Office of Legal Affairs
Law Enforcement Liaison Division

**United States Department of State**

*Washington, D.C. 20520*

November 22, 2019
F-2020-01138

Richard G. Venezia
P.O. Box 110047
Pittsburgh, PA 15232-0047

Dear Mr. Venezia:

This letter is to acknowledge receipt of your September 16, 2019, request submitted pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to the Department of State, in which you requested all files contained within the confidential file section of the passport office files, numbered 131/197, dated 12 January 1954, relating to dispatch #296 from Dublin, concerning Jerry E. Grimes, Terence Anthony Grimes, Blanche Lucille Harden, David Alan Harden, Lupie Herrera Byrnes, and Mary Adams Holt Autry. The Office of Information Programs and Services (IPS) received your FOIA request on October 11, 2019, and assigned it the tracking number at the top of this letter. Please include the tracking number in all future communications concerning this FOIA request. We have classified you as an Other (General Public) requester.

The records you seek require the need to search in offices that are separate from the office processing your request. Accordingly, your request falls within "unusual circumstances" as defined in the FOIA. See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we need to extend the time limit to respond to your request beyond the ten additional days provided by the statute.

The time needed to complete our work on your request will necessarily depend on a variety of factors including the number of locations that must be searched, the complexity of the search, the volume and complexity of any material located, and consultations with other U.S. Government agencies whose information is included in the material located. The time needed will also depend on the number of other requests ahead of it in the relevant processing track.

This office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Your request has been assigned to the complex track and will be handled as quickly as possible.

In an effort to speed the processing of your request, you may wish to narrow the scope of your request. Among the ways you can do so is by narrowing the date range of requested records, reducing the number of topics requested, excluding certain types of records (such as e-mails and/or paper records) from the request, identifying the particular office/bureau from which you are seeking records, and limiting the number of potentially responsive records you seek. You can also agree to an alternative time frame for processing, should records be located, or you may wish to await the completion of our records search to discuss either of these options.

I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible. If you wish to discuss narrowing of your request or an alternative time frame for the processing of your request, or if you have any questions regarding the status of your request, you may contact our FOIA Requester Service Center or our FOIA Public Liaison via email at FOIAstatus@state.gov or telephone at (202) 261-8484.

You may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration (NARA) to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email address: ogis@nara.gov; telephone: (202) 741-5770; toll free number: 1-877-684-6448; facsimile: (202) 741-5769.

Sincerely,

NICHOLAS J CORMIER

Digitally signed by
NICHOLAS J CORMIER
Date: 2019.11.22 14:42:39
-05'00'

Nicholas J. Cormier
Chief, Requester Communications Branch
Office of Information Programs and Services



**United States Department of State**

*Washington, D.C. 20520*

October 1st, 2019                                    Case Number: LE-2019003651

Richard Venezia
P.O. Box 110047
Pittsburgh, PA 15232-0047

Dear Mr./Ms: Venezia,

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated ____September 18, 2019_____, to the Department
of State, Passport Services.

Your FOIA/PA request **for Charles Harden** was assigned the above tracking number.
Please include the tracking number in all future communications concerning this
FOIA/PA request.

This Office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. If you have any questions regarding the status of
your request or to discuss any aspect of your request you may contact our office at
(202) 485-6550.

                              Sincerely,
                              Passport Services
                              Office of Legal Affairs
                              Law Enforcement Liaison Division



**United States Department of State**

*Washington, D.C. 20520*

September 30th, 2019

Case Number: LE-2019003622 (Caridi)

Richard Venezia
P.O. Box 110047
Pittsburgh, PA 15232-0047

Dear Mr. / Ms. Venezia,

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated September 19th, 2019 to the Department of State, Passport
Services.

Your FOIA/PA request was assigned the above tracking number. Please include the
tracking number in all future communications concerning this FOIA/PA request

This Office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. If you have any questions regarding the status of
your request or to discuss any aspect of your request you may contact our office at
(202) 485-6550.

Sincerely,
Passport Services
Office of Legal Affairs
Law Enforcement Liaison Division

**United States Department of State**

*Washington, D.C. 20520*

October 11, 2019                                    Case Number: LE-2019003782

Richard Venezia
P.O. Box 110047
Pittsburgh, PA 15232-0047

Dear Mr./Ms.: Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____09/26/2019_____, to the Department of State,
Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the
tracking number in all future communications concerning this FOIA/PA request.

This Office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. If you have any questions regarding the status of
your request or to discuss any aspect of your request you may contact our office at
(202) 485-6550.

                                    Sincerely,
                                    Passport Services
                                    Office of Legal Affairs
                                    Law Enforcement Liaison Division

SBU -PRIVACY OR PII



United States Department of State

*Washington, D.C. 20520*

October 22, 2019          Case Number: LE-2019003890 – MCDOWELL, Rollie W.

Richard Venezia
PO Box 110047
Pittsburgh, PA 15232-0047

Dear Mr./Ms.: Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____ 10/1/2019 _____, to the Department of State,
Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the
tracking number in all future communications concerning this FOIA/PA request.

This Office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. If you have any questions regarding the status of
your request or to discuss any aspect of your request you may contact our office at
(202) 485-6550.

> Sincerely,
> Passport Services
> Office of Legal Affairs
> Law Enforcement Liaison Division



**United States Department of State**

*Washington, D.C. 20520*

October 22nd, 2019

Case Number: LE-2019003898

Richard Venezia
P.O. Box 110047
Pittsburgh, PA 15232-0047

Dear Mr. / Ms. Venezia,

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated October 2nd, 2019 to the Department of State, Passport
Services.

Your FOIA/PA request was assigned the above tracking number. Please include the
tracking number in all future communications concerning this FOIA/PA request

This Office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. If you have any questions regarding the status of
your request or to discuss any aspect of your request, you may contact our office at
(202) 485-6550.

Sincerely,
Passport Services
Office of Legal Affairs
Law Enforcement Liaison Division



**United States Department of State**

*Washington, D.C. 20520*

October 31st, 2019          Case Number:          LE-2019004000 – Mary Autry
                                                                 LE-2019004001 – Wesley Autry

Richard Venezia
P.O. Box 110047
Pittsburgh, PA 15232-0047

Dear Mr./Ms: Venezia,

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated ___October 3 and 4, 2019_____, to the Department
of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the
tracking number in all future communications concerning this FOIA/PA request.

This Office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. If you have any questions regarding the status of
your request or to discuss any aspect of your request you may contact our office at
(202) 485-6550.

                    Sincerely,
                    Passport Services
                    Office of Legal Affairs
                    Law Enforcement Liaison Division



**United States Department of State**

*Washington, D.C. 20520*

November 27th, 2019                    Case Number:        LE-2019004316 – Lupie
                                                            LE-2019004317 - Conley

Richard Venezia
P.O. Box 110047
Pittsburgh, PA 15232-0047

Dear Mr./Ms: Venezia,

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated ____November 6, 2019_____, to the Department of
State, Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the
tracking number in all future communications concerning this FOIA/PA request.

This Office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. If you have any questions regarding the status of
your request or to discuss any aspect of your request you may contact our office at
(202) 485-6550.

                            Sincerely,
                            Passport Services
                            Office of Legal Affairs
                            Law Enforcement Liaison Division



**United States Department of State**

*Washington, D.C. 20520*

January 2, 2020

Case Number: LE-2020000006
Re:  Cecil Oscar Jaren
Case Number: LE-2020000009
Re:  Muriel Nelda Jaren

Richard Gary Venezia
PO Box 110047
Pittsburgh, PA 15232-0047

Dear Mr./Ms.: Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____12/13/2019_____, to the Department of State,
Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the
tracking number in all future communications concerning this FOIA/PA request.

This Office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. If you have any questions regarding the status of
your request or to discuss any aspect of your request you may contact our office at
(202) 485-6550.

Sincerely,
Passport Services
Office of Legal Affairs
Law Enforcement Liaison Division

SBU -PRIVACY OR PII



**United States Department of State**

*Washington, D.C. 20520*

12/21/2020        Case Number:      F-2021-02083 – Borghesi, Aristea
                                    F-2021-02085 – Voehringer, Eva
                                    F-2021-02087 – Voehringer, Erich F
                                    F-2021-02089 – Castelli, Peter
                                    F-2021-02091 – Castelli, Rosalie
                                    F-2021-02094 – Silhol, Sarah
                                    F-2021-02097 – Silhol, Arthur
                                    F-2021-02098 – Altomani, Mary
                                    F-2021-02099 – Heinecken, Gisela
                                    F-2021-02101 – Voehringer, Johannes

Name/Address:
Richard Gary Venezia
P.O. Box 110047
Pittsburgh, PA  15232-0047

Dear Mr./Ms.: Richard Gary Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated April 24, 2020 to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This Office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt and will be handled as quickly as possible. If you have any questions regarding the status of your request or to discuss any aspect of your request you may contact our office at (202) 485-6550.

                          Sincerely,
                          Passport Services
                          Office of Legal Affairs
                          Law Enforcement Liaison Division



**United States Department of State**

*Washington, D.C. 20520*

12/21/2020          Case Number:       F-2021-02054 – Voehringer, Marie
                                        F-2021-02059 – Gardella, Louis
                                        F-2021-02063 – Bracci, Iris
                                        F-2021-02065 – Bracci, Edmondo
                                        F-2021-02066 – Bracci, Silvano
                                        F-2021-02076 – Bracci, Sergio
                                        F-2021-02078 – Bracci, Doriano
                                        F-2021-02079 – Bracci, Abramo
                                        F-2021-02080 – Bracci, Concetta
                                        F-2021-02081 – Prosperi, Marta

Name/Address:
Richard Gary Venezia
P.O. Box 110047
Pittsburgh, PA  15232-0047

Dear Mr./Ms.: Richard Gary Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated April 24, 2020 to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This Office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt and will be handled as quickly as possible. If you have any questions regarding the status of your request or to discuss any aspect of your request you may contact our office at (202) 485-6550.

                    Sincerely,
                    Passport Services
                    Office of Legal Affairs
                    Law Enforcement Liaison Division



**United States Department of State**

*Washington, D.C. 20520*

November 24, 2020

Case Number: F-2021-01413
Re: Joseph Iuliano

Name/Address:
Richard Venezia
P.O. Box 110047
Pittsburgh, PA  15232-0047

Dear Mr./Ms.: Richard Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated September 28, 2020 to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the tracking number in all future communications concerning this FOIA/PA request.

This Office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt and will be handled as quickly as possible. If you have any questions regarding the status of your request or to discuss any aspect of your request you may contact our office at (202) 485-6550.

Sincerely,
Passport Services
Office of Legal Affairs
Law Enforcement Liaison Division



**United States Department of State**

*Washington, D.C. 20520*

April 20, 2021

Case Number:  F-2021-05367

Richard Venezia / Samuel Venezia
P.O. Box 110047
Pittsburgh, PA 15224-2040

Dear Mr./Ms.: Richard Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____ 2/13/2021 _____ , to the Department of State,
Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the
tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. Please note that passport records requests
generally take anywhere from 12-16 weeks to fully process.  Due to COVID-19, the
Federal Records Center is closed, and therefore it is taking longer to process requests
that seek records which are not electronically available in our system.  If you have any
questions regarding the status of your request or to discuss any aspect of your request
you may contact our office at (202) 485-6550.



**United States Department of State**

*Washington, D.C. 20520*

April 21, 2021                                          Case Number: F-2021-05430

Richard Venezia / Jeannette Meyer
P.O. Box 110047
Pittsburgh, PA 15232-0047

Dear Mr./Ms.: Richard Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____2/16/2021_____, to the Department of State,
Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the
tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. Please note that passport records requests
generally take anywhere from 12-16 weeks to fully process.  Due to COVID-19, the
Federal Records Center is closed, and therefore it is taking longer to process requests
that seek records which are not electronically available in our system.  If you have any
questions regarding the status of your request or to discuss any aspect of your request
you may contact our office at (202) 485-6550.



**United States Department of State**

*Washington, D.C. 20520*

April 21, 2021                                         Case Number:  F-2021-05429

Richard Venezia / Leo Meyer
P.O. Box 110047
Pittsburgh, PA 15232-0047

Dear Mr./Ms.: Richard Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____2/16/2021_____, to the Department of State,
Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the
tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. Please note that passport records requests
generally take anywhere from 12-16 weeks to fully process.  Due to COVID-19, the
Federal Records Center is closed, and therefore it is taking longer to process requests
that seek records which are not electronically available in our system.  If you have any
questions regarding the status of your request or to discuss any aspect of your request
you may contact our office at (202) 485-6550.



**United States Department of State**

*Washington, D.C. 20520*

April 21, 2021

Case Number: F-2021-05431

Richard Venezia / Allan Meyer
P.O. Box 110047
Pittsburgh, PA 15232-0047

Dear Mr./Ms.: Richard Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated _____2/20/2021_____, to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt and will be handled as quickly as possible. Please note that passport records requests generally take anywhere from 12-16 weeks to fully process. Due to COVID-19, the Federal Records Center is closed, and therefore it is taking longer to process requests that seek records which are not electronically available in our system. If you have any questions regarding the status of your request or to discuss any aspect of your request you may contact our office at (202) 485-6550.



**United States Department of State**

*Washington, D.C. 20520*

April 21, 2021

Case Number:  F-2021-05433

Richard Venezia / Elizabeth Land
P.O. Box 110047
Pittsburgh, PA 15232-0047

Dear Mr./Ms.: Richard Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____ 2/20/2021 _____ , to the Department of State,
Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the
tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. Please note that passport records requests
generally take anywhere from 12-16 weeks to fully process.  Due to COVID-19, the
Federal Records Center is closed, and therefore it is taking longer to process requests
that seek records which are not electronically available in our system.  If you have any
questions regarding the status of your request or to discuss any aspect of your request
you may contact our office at (202) 485-6550.



**United States Department of State**

*Washington, D.C. 20520*

April 21, 2021                                                      Case Number: F-2021-05434

Richard Venezia / Francis Meyer
P.O. Box 110047
Pittsburgh, PA 15232-0047

Dear Mr./Ms.: Richard Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____ 2/20/2021 _____, to the Department of State,
Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the
tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. Please note that passport records requests
generally take anywhere from 12-16 weeks to fully process. Due to COVID-19, the
Federal Records Center is closed, and therefore it is taking longer to process requests
that seek records which are not electronically available in our system. If you have any
questions regarding the status of your request or to discuss any aspect of your request
you may contact our office at (202) 485-6550.



**United States Department of State**

*Washington, D.C. 20520*

April 21, 2021

Case Number:  F-2021-05432

Richard Venezia / Kathleen Freidin
P.O. Box 110047
Pittsburgh, PA 15232-0047

Dear Mr./Ms.: Richard Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____ 2/20/2021 _____, to the Department of State,
Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the
tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. Please note that passport records requests
generally take anywhere from 12-16 weeks to fully process.  Due to COVID-19, the
Federal Records Center is closed, and therefore it is taking longer to process requests
that seek records which are not electronically available in our system.  If you have any
questions regarding the status of your request or to discuss any aspect of your request
you may contact our office at (202) 485-6550.



**United States Department of State**

*Washington, D.C. 20520*

September 15, 2021

RE: Case Numbers:
F-2021-10298 - Margaret Tobin Brown
F-2021-10299 – Celina Berthiaume Beauchemin
F-2021-10300 – Marion Eva MacMurray
F-2021-10302 – Birdie Cohn Abrahams

Mr. Richard Gary Venezia
P.O. Box 507
Philadelphia, PA 19105

Dear Mr. Venezia,

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) requests to the Department of State, Passport Services.

Your FOIA/PA requests were assigned the above tracking numbers. Please include the tracking numbers in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt and will be handled as quickly as possible. Please note that due to COVID-19, the Federal Records Center has a backlog of manual records searches. If your request requires a manual records search, please be advised that it could take anywhere from 4-6 months to retrieve those records. In addition, records that are electronically available have a processing time of 3-4 months. If you have any questions regarding the status of your request or to discuss any aspect of your request you may contact our office at (202) 485-6550.

                    Sincerely,
                    Passport Services
                    Office of Legal Affairs
                    Law Enforcement Liaison Division



**United States Department of State**

*Washington, D.C. 20520*

January 19, 2022

Case Number: F-2022-03438

Richard Venezia / Angelo Di Santo
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.: Richard Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____ 1/6/2022 _____, to the Department of State,
Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the
tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. Please note that passport records requests
generally take anywhere from 12-16 weeks to fully process. Due to COVID-19, the
Federal Records Center is closed, and therefore it is taking longer to process requests
that seek records which are not electronically available in our system. If you have any
questions regarding the status of your request or to discuss any aspect of your request
you may contact our office at (202) 485-6550.

                        Sincerely,
                        Passport Services
                        Office of Legal Affairs
                        Law Enforcement Liaison Division



**United States Department of State**

*Washington, D.C. 20520*

February 23, 2022

Case Number: F-2022-05159
RE: Edward A.M. St. Aubyn

Mr. Richard Gary Venezia
P.O. Box 507
Philadelphia, PA  19105

Dear Mr. Venezia,

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated January 5, 2022 to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt. Please note that due to COVID-19, we are facing significant processing delays. Records that are electronically available may take anywhere from 2-4 months to process. However, if the records you are seeking are not electronically available in our system, a manual search of paper records located at the National Archives will be needed. This manual search can take anywhere from 4-6 months to retrieve records.

In the interim, if you have any questions regarding the status of your request or to discuss any aspect of your request, you may contact our office at (202) 485-6550.

Sincerely,
Passport Services
Office of Legal Affairs
Law Enforcement Liaison Division



**United States Department of State**

*Washington, D.C. 20520*

January 19, 2022                                          Case Number: F-2022-03442

Richard Venezia / Beniamino Pezzuti
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.: Richard Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____1/12/2021_____, to the Department of State,
Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the
tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. Please note that passport records requests
generally take anywhere from 12-16 weeks to fully process. Due to COVID-19, the
Federal Records Center is closed, and therefore it is taking longer to process requests
that seek records which are not electronically available in our system. If you have any
questions regarding the status of your request or to discuss any aspect of your request
you may contact our office at (202) 485-6550.

                                   Sincerely,
                                   Passport Services
                                   Office of Legal Affairs
                                   Law Enforcement Liaison Division



**United States Department of State**

*Washington, D.C. 20520*

January 19, 2022

Case Number: F-2022-03443

Richard Venezia / Nicola Cresta
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.: Richard Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____1/13/2021_____, to the Department of State,
Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the
tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. Please note that passport records requests
generally take anywhere from 12-16 weeks to fully process. Due to COVID-19, the
Federal Records Center is closed, and therefore it is taking longer to process requests
that seek records which are not electronically available in our system. If you have any
questions regarding the status of your request or to discuss any aspect of your request
you may contact our office at (202) 485-6550.

Sincerely,
Passport Services
Office of Legal Affairs
Law Enforcement Liaison Division



**United States Department of State**

*Washington, D.C. 20520*

July 15, 2022

Case Number: F-2022-10467
RE: Wesley Harold Autry

Richard Venezia
Rich Root Genealogy
P.O. Box 507
Philadelphia, PA  19105

Dear Mr. Venezia,

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated June 15, 2022 to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt. Please note that due to COVID-19, we are facing significant processing delays. Records that are electronically available may take anywhere from 2-4 months to process. However, if the records you are seeking are not electronically available in our system, a manual search of paper records located at the National Archives will be needed. This manual search can take anywhere from 4-6 months to retrieve records.

In the interim, if you have any questions regarding the status of your request or to discuss any aspect of your request, you may contact our office at (202) 485-6550.

> Sincerely,
> Passport Services
> Office of Legal Affairs
> Law Enforcement Liaison Division

**United States Department of State**

*Washington, D.C. 20520*

August 17, 2022                                    Case Number: F-2022-11826

Rich Venezia / Alfredo Pedimonti
P.O. Box 507
Philadelphia, PA 19105-0507


Dear Mr./Ms.: Rich Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____8/10/2022_____to the Department of State,
Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the
tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt.
Please note that due to COVID-19, we are facing significant processing delays.
Records that are electronically available may take anywhere from 2-4 months to
process. However, if the records you are seeking are not electronically available in our
system, a manual search of paper records located at the National Archives will be
needed. This manual search can take anywhere from 4-6 months to retrieve records.

In the interim, If you have any questions regarding the status of your request or to
discuss any aspect of your request, you may contact our office at (202) 485-6550.

                              Sincerely,
                              Passport Services
                              Law Enforcement Liaison Division



**United States Department of State**

*Washington, D.C. 20520*

August 17, 2022                                            Case Number: F-2022-11829

Rich Venezia / Pierino Pedemonti
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.: Rich Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____8/10/2022_____to the Department of State,
Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the
tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt.
Please note that due to COVID-19, we are facing significant processing delays.
Records that are electronically available may take anywhere from 2-4 months to
process. However, if the records you are seeking are not electronically available in our
system, a manual search of paper records located at the National Archives will be
needed.  This manual search can take anywhere from 4-6 months to retrieve records.

In the interim, If you have any questions regarding the status of your request or to
discuss any aspect of your request, you may contact our office at (202) 485-6550.

                                        Sincerely,
                                        Passport Services
                                        Law Enforcement Liaison Division

**United States Department of State**

*Washington, D.C. 20520*

Case Number: F-2023-07292                    Date: April 19, 2023

Name/Address:
Richard Venezia / Joseph Barnaba
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.:

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated _____4/8/2023_____to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt. Records that are electronically available may take anywhere from 1-3 months to process. However, if the records you are seeking are not electronically available in our system, a manual search of paper records will need to be conducted.  This manual search can take anywhere from 2-6 months to retrieve records.

In the interim, if you have any questions regarding the status of your request or to discuss any aspect of your request, you may contact our office at (202) 485-6550, or by email at PPT-Public-FOIARequests@state.gov.

Sincerely,
**Passport Services**

Records Review and Release Division

**United States Department of State**

*Washington, D.C. 20520*

Case Number: F-2023-07293                    Date: April 19, 2023

Name/Address:
Richard Venezia / Virginia Fedonchuk
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.:

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated _____4/8/2023_____to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt. Records that are electronically available may take anywhere from 1-3 months to process. However, if the records you are seeking are not electronically available in our system, a manual search of paper records will need to be conducted.  This manual search can take anywhere from 2-6 months to retrieve records.

In the interim, if you have any questions regarding the status of your request or to discuss any aspect of your request, you may contact our office at (202) 485-6550, or by email at PPT-Public-FOIARequests@state.gov.

Sincerely,
Passport Services

Records Review and Release Division



**United States Department of State**

*Washington, D.C. 20520*

Case Number: F-2023-07289                    Date: April 19, 2023

Name/Address:
Richard Venezia / Harriet Blatch
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.:

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated _____ 4/8/2023 _____to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt. Records that are electronically available may take anywhere from 1-3 months to process. However, if the records you are seeking are not electronically available in our system, a manual search of paper records will need to be conducted.  This manual search can take anywhere from 2-6 months to retrieve records.

In the interim, if you have any questions regarding the status of your request or to discuss any aspect of your request, you may contact our office at (202) 485-6550, or by email at PPT-Public-FOIARequests@state.gov.

                    Sincerely,
                    Passport Services

Records Review and Release Division




**United States Department of State**

*Washington, D.C. 20520*

Case Number: F-2023-07287

Date: April 19, 2023

Name/Address:
Richard Venezia / Antonetta Caridi
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.:

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated _____4/8/2023_____to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt. Records that are electronically available may take anywhere from 1-3 months to process. However, if the records you are seeking are not electronically available in our system, a manual search of paper records will need to be conducted.  This manual search can take anywhere from 2-6 months to retrieve records.

In the interim, if you have any questions regarding the status of your request or to discuss any aspect of your request, you may contact our office at (202) 485-6550, or by email at PPT-Public-FOIARequests@state.gov.

Sincerely,
Passport Services

Records Review and Release Division

**United States Department of State**

*Washington, D.C. 20520*

Case Number: F-2023-07290                    Date: April 19, 2023

Name/Address:
Richard Venezia / Henriette Cohn
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.:

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated _____4/8/2023_____to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt. Records that are electronically available may take anywhere from 1-3 months to process. However, if the records you are seeking are not electronically available in our system, a manual search of paper records will need to be conducted.  This manual search can take anywhere from 2-6 months to retrieve records.

In the interim, if you have any questions regarding the status of your request or to discuss any aspect of your request, you may contact our office at (202) 485-6550, or by email at PPT-Public-FOIARequests@state.gov.

Sincerely,
Passport Services

Records Review and Release Division





**United States Department of State**

*Washington, D.C. 20520*

Case Number: F-2023-07296                    Date: April 19, 2023

Name/Address:
Richard Venezia / Sonia Slonim
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.:

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated _____4/8/2023_____to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt. Records that are electronically available may take anywhere from 1-3 months to process. However, if the records you are seeking are not electronically available in our system, a manual search of paper records will need to be conducted.  This manual search can take anywhere from 2-6 months to retrieve records.

In the interim, if you have any questions regarding the status of your request or to discuss any aspect of your request, you may contact our office at (202) 485-6550, or by email at PPT-Public-FOIARequests@state.gov.

Sincerely,
Passport Services

Records Review and Release Division

**United States Department of State**

*Washington, D.C. 20520*

Case Number: F-2023-07288                    Date: April 19, 2023

Name/Address:
Richard Venezia / Casimiro Polimeni
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.:

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated _____4/10/2023_____to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt. Records that are electronically available may take anywhere from 1-3 months to process. However, if the records you are seeking are not electronically available in our system, a manual search of paper records will need to be conducted.  This manual search can take anywhere from 2-6 months to retrieve records.

In the interim, if you have any questions regarding the status of your request or to discuss any aspect of your request, you may contact our office at (202) 485-6550, or by email at PPT-Public-FOIARequests@state.gov.

Sincerely,
Passport Services

Records Review and Release Division



**United States Department of State**

*Washington, D.C. 20520*

Case Number: F-2023-09842                    Date: June 15, 2023

Name/Address:
Richard Venezia / Claire McCourt
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.: Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated _____6/13/2023_____to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt. Records that are electronically available may take anywhere from 1-3 months to process. However, if the records you are seeking are not electronically available in our system, a manual search of paper records will need to be conducted.  This manual search can take anywhere from 2-6 months to retrieve records.

In the interim, if you have any questions regarding the status of your request or to discuss any aspect of your request, you may contact our office at (202) 485-6550, or by email at PPT-Public-FOIARequests@state.gov.

Sincerely,

Passport Services
Records Review and Release Division



**United States Department of State**

*Washington, D.C. 20520*

Case Number: F-2023-09844                    Date: June 15, 2023

Name/Address:
Richard Venezia / Giovanni Navarretta
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.: Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated _____6/13/2023_____to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt. Records that are electronically available may take anywhere from 1-3 months to process. However, if the records you are seeking are not electronically available in our system, a manual search of paper records will need to be conducted.  This manual search can take anywhere from 2-6 months to retrieve records.

In the interim, if you have any questions regarding the status of your request or to discuss any aspect of your request, you may contact our office at (202) 485-6550, or by email at PPT-Public-FOIARequests@state.gov.

Sincerely,

Passport Services
Records Review and Release Division



**United States Department of State**

*Washington, D.C. 20520*

Case Number: F-2023-09843                              Date: June 15, 2023

Name/Address:
Richard Venezia / Robert Navarretta
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.: Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated _____6/13/2023_____to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt. Records that are electronically available may take anywhere from 1-3 months to process. However, if the records you are seeking are not electronically available in our system, a manual search of paper records will need to be conducted.  This manual search can take anywhere from 2-6 months to retrieve records.

In the interim, if you have any questions regarding the status of your request or to discuss any aspect of your request, you may contact our office at (202) 485-6550, or by email at PPT-Public-FOIARequests@state.gov.

Sincerely,

Passport Services
Records Review and Release Division



**United States Department of State**

*Washington, D.C. 20520*

Case Number: F-2023-09841                    Date: June 15, 2023

Name/Address:
Richard Venezia / Joseph McCourt
P.O. Box 507
Philadelphia, PA 19105-0507

Dear Mr./Ms.: Venezia

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated _____6/14/2023_____to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt. Records that are electronically available may take anywhere from 1-3 months to process. However, if the records you are seeking are not electronically available in our system, a manual search of paper records will need to be conducted.  This manual search can take anywhere from 2-6 months to retrieve records.

In the interim, if you have any questions regarding the status of your request or to discuss any aspect of your request, you may contact our office at (202) 485-6550, or by email at PPT-Public-FOIARequests@state.gov.

Sincerely,

Passport Services
Records Review and Release Division



**United States Department of State**

*Washington, D.C. 20520*

November 20, 2024
Case Number: **F-2025-03767**
RE: BUSELLINI, Giuseppe

Dear Richard,

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated November 20, 2024, to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number.  Please include the tracking number in all future communications concerning this FOIA/PA request.

This office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt. Records that are electronically available may take anywhere from 1-3 months to process. However, if the records you are seeking are not electronically available in our system, a manual search of paper records will need to be conducted.  This manual search can take anywhere from 2-6 months to retrieve records.

Please be advised that passport records are delivered via certified mail through your local post office, to the address you provided in your request. **Note, you will receive notification from the post office that you have certified mail ready for pick up.  If you do not pick up your certified mail, it will be returned to this office.**

In the interim, if you have any questions regarding the status of your request or to discuss any aspect of your request, you may contact our office at (202) 485-6550, or by email at PPT-Public-FOIARequests@state.gov.

Sincerely,
Passport Services
Law Enforcement Liaison Division