# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Richard Venezia )
*Plaintiff* )
 )
v. )   Civil Action No. 1:25-cv-03522-JEB
U.S. Department of State )
 )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*
U.S. Department of State
The Executive Office
Office of the Legal Advisor, Suite 5.600
600 19th Street NW
Washington, DC 20522

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew V. Topic
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 10/02/2025

/s/ Hannah Norton
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Executive Office, Office of the Legal Advisor at U.S. Department of State
was received by me on *(date)* 10/2/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
I served the summons and complaint via USPS Certified Mail, Return Receipt requested, Article Number: 9589-0710-5270-1326-6570-05

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/8/2025

*Brynn Schaal*
Server's signature

Brynn Schaal, Paralegal
Printed name and title

Loevy & Loevy
311 N. Aberdeen St, #300
Chicago, IL 60607
Server's address

Additional information regarding attempted service, etc:

ALERT: SEVERE FLOODING WITH EVACUATIONS IN SOUTHERN CALIFORNIA, AND WINTER W…

## USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 9589071052701326657005

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 6:07 am on October 14, 2025 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20521
October 14, 2025, 6:07 am

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs