# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICHARD VENEZIA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 25-3522 (JEB) |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Bisola Oni, as counsel for Defendant, in the above captioned matter.

Dated: January 9, 2026
     Washington, DC

        Respectfully submitted,

        JEANINE F. PIRRO
        United States Attorney

        PETER PFAFFENROTH
        Chief, Civil Division

By: */s/ Bisola Oni*
    BISOLA ONI
    Assistant United States Attorney
    Civil Division
    601 D Street, N.W.
    Washington, D.C. 20530
    (202) 740-2243
    Bisola.Oni@usdoj.gov

*Attorneys for the United States of America*