UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD VENEZIA,

       Plaintiff,

   v.

U.S. DEPARTMENT OF STATE

       Defendant.

Civil Action No. 25-3522 (JEB)

## NOTICE OF APPEARANCE

    The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Rashad Hussain on behalf of Defendant United States Government.

Dated: January 29, 2026
      Washington, DC

               Respectfully submitted,

               JEANINE FERRIS PIRRO
               United States Attorney

               By:   */s/ Rashad Hussain*
                   RASHAD HUSSAIN
                   Assistant United States Attorney
                   601 D Street, NW
                   Washington, DC 20530
                   (202) 252-7725
                   Rashad.Hussain@usdoj.gov

               *Attorney for the United States of America*