UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD VENEZIA,<br><br>              Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>              Defendant. | Civil Action No. 25-3522 (JEB) |

**CONSENT MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC***

Defendant, the U.S. Department of State, by and through undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), for an enlargement of time, *nunc pro tunc*, of thirty-seven days, from December 24, 2026, until today, January 30, 2026, to file an Answer in this Freedom of Information Act ("FOIA") matter. The Answer is filed concurrently with this Motion. Pursuant to Local Civil Rule 7(m), Pursuant to Local Civil Rule 7(m), counsel have met and conferred, and Plaintiff courteously consents to this Motion.

The undersigned is new to this case and this job, having joined the U.S. Attorney's Office as an Assistant United States Attorney on December 15, 2025. The undersigned has been assigned a very large number of cases—an active docket of cases in litigation. For each case, he must learn the facts and procedural history, identify appropriate next steps for each, establish relationships with agency counsel and opposing counsel, and tackle near-term Court deadlines in a variety of cases. For all cases, the undersigned is diligently doing so. This case is one of many matters with which the undersigned is unfamiliar. While managing these matters as a new employee, because his remote access was still pending, the undersigned was unexpectedly and

temporarily unable to access his email and case materials while on leave during the holiday season. The undersigned returned to the office on January 5, 2026, but did not realize that he had been assigned this case. As soon as he learned of this oversight, the undersigned contacted agency counsel and Plaintiff's counsel and began the process of drafting an answer to the complaint, which is filed concurrently with this motion.

A district court may forgive a party's failure to file a timely responsive pleading if that party makes a showing of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect."). In deciding whether to grant a motion for an extension of time on the ground of excusable neglect, the Court may consider (1) "the danger of prejudice to the [other party]," (2) "the length of delay and its potential impact on judicial proceedings," (3) "the reason for delay, including whether it was within the reasonable control of the movant," and (4) "whether the movant acted in good faith." *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship,* 507 U.S. 380, 395 (1993). The determination of whether neglect is excusable "is at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission." *Id.* Here, undersigned counsel's error does not prejudice either party, and the brief delay has only a limited impact on these judicial proceedings given the early posture of the case. Although undersigned counsels' inadvertent omission of the relevant deadline was reasonably within counsels' control, counsel acted in good faith to address the mistake as soon as he discovered it when he was able to access case materials.

\*   \*   \*

Defendant therefore respectfully requests that the Court extend, *nunc pro tunc*, the time to file its Answer by thirty-seven days, up to and including January 30, 2026. Undersigned counsel apologizes to the Court for any inconvenience his oversight has caused to the Court and is filing the Answer in this matter concurrently with the filing of this Motion.

A proposed order is attached.

Dated: January 30, 2026
       Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Rashad Hussain*
RASHAD HUSSAIN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7725
Rashad.Hussain@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD VENEZIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　　Defendant. | Civil Action No. 25-3522 (JEB) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's Motion for an Extension of Time *Nunc Pro Tunc*, and for excusable neglect shown, it is hereby:

ORDERED that the Defendant's motion is GRANTED; it is

FURTHER ORDERED that the time to file Defendant's Answer shall be extended, *nunc pro tunc*, until January 30, 2026.

SIGNED:

_____　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　United States District Judge