UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD VENEZIA,

Plaintiff,

v.                                                    Civil Action No. 25-3522 (JEB)

U.S. DEPARTMENT OF STATE,

Defendant.

## ANSWER

Defendant Department of State ("Defendant"), hereby answers the Complaint, ECF No. 1, filed by Plaintiff Richard Venezia in this Freedom of Information Act ("FOIA") matter. To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents in response; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action. Defendant denies each allegation of the Complaint not expressly admitted in its Answer and admits, denies, or otherwise responds to the numbered paragraphs of the Complaint as follows:

### PARTIES[1]

1.      This paragraph contains Plaintiff's characterization of the nature of this action, to which no response is required. To the extent a response is deemed required, Defendant admits that

---

[1]      For ease of reference, Defendant refers to Plaintiff's headings and titles, but to the extent those headings could be construed to contain factual allegations, those allegations are denied.

Plaintiff purports to bring this action under the FOIA but denies that Plaintiff is entitled to the relief requested, or any relief whatsoever.

2.      Defendant admits that it has received multiple FOIA requests from Plaintiff, and does not have sufficient information to admit or deny the remaining allegations in Paragraph 2.

3.      Defendant admits.

## JURISDICTION AND VENUE

4.      This paragraph consists of Plaintiff's legal conclusion regarding jurisdiction, to which no response is required.  To the extent that a response is deemed required, Defendant admits that jurisdiction is proper in this judicial district subject to the terms, conditions, and limitations of the FOIA.

5.      This paragraph consists of Plaintiff's legal conclusion regarding venue, to which no response is required.  To the extent a response is deemed required, Defendant admits that venue is proper in this judicial district for actions brought under the FOIA.

## FOIA REQUESTS FOR PASSPORT RECORDS

6.      Defendant admits that it received more than 70 FOIA requests from Plaintiff.

7.      Defendant respectfully refers the Court to Plaintiff's FOIA requests as the best evidence of their contents.

8.      Defendant admits that it has acknowledged nearly all of Plaintiff's FOIA requests, and provided estimated dates of completion.  Defendant respectfully refers the Court to its acknowledgement letters as the best evidence of their contents.

9.      Defendant respectfully refers the Court to its acknowledgement letters as the best evidence of their contents.

10. Defendant admits that it did not send Plaintiff correspondence regarding the two requests specified in this paragraph.

11. This paragraph contains Plaintiff's characterization of its effort, to which no response is required. Defendant avers that processing of Plaintiff's requests remains ongoing.

12. Defendant admits that it has not yet produced records in response to these requests or asserted reasons for any withholding, and avers that processing of Plaintiff's requests remains ongoing.

13. Defendant admits that it has not yet produced records or asserted reasons for any withholding as of the date of this filing, and avers that processing of Plaintiff's requests remains ongoing.

## CLAIM FOR RELIEF

14. Defendant incorporates by reference its responses to Paragraphs 1-13 of the Complaint

15. This paragraph consists of Plaintiff's characterization of its FOIA requests and a legal conclusion, to which no response is required.

16. Defendant admits that it is federal agency within the meaning of the FOIA.

17. This paragraph consists of a legal conclusion, to which no response is required. To the extent that a response is deemed required, Defendant denies.

18. This paragraph consists of a legal conclusion, to which no response is required. To the extent that a response is deemed required, Defendant denies.

19. This paragraph consists of a legal conclusion, to which no response is required. To the extent that a response is deemed required, Defendant admits that it has not yet produced records

or asserted reasons for any withholding as of the date of the filing, and avers that the processing of Plaintiff's requests remains ongoing.

20.    This paragraph consists of a legal conclusion, to which no response is required.  To the extent that a response is deemed required, Defendant denies.

The remaining portions of the Complaint contain Plaintiff's request or prayer for relief, to which no response is required. To the extent that a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## AFFIRMATIVE AND OTHER DEFENSES

Any allegations not specifically admitted, denied, or otherwise responded to are hereby denied. In further response to the Complaint, Defendant raises the following defenses. Defendant respectfully reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation. Defendant does not assume the burden of proving any of these defenses or elements of them where the burden is properly placed on Plaintiff as a matter of law.

### FIRST DEFENSE

Plaintiff is not entitled to compel the production of any record or portion of any record protected from disclosure by one or more of the exclusions or exemptions to the FOIA or the Privacy Act, 5 U.S.C. § 552a.

### SECOND DEFENSE

Defendant has exercised due diligence in processing Plaintiff's FOIA requests, and exceptional circumstances exist that necessitate additional time for Defendant to continue its processing of Plaintiff's FOIA requests. *See* 5 U.S.C. § 552(a)(6)(C).

**THIRD DEFENSE**

The Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by the FOIA.

**FOURTH DEFENSE**

FOIA does not provide for declaratory relief against a federal agency.

**FIFTH DEFENSE**

Plaintiff is neither eligible for nor entitled to attorneys' fees or costs.

**SIXTH DEFENSE**

Defendant has not improperly withheld records requested by Plaintiff under FOIA.


Dated: January 30, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____/s/ Rashad Hussain_____
    RASHAD HUSSAIN
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-7725
    Rashad.Hussain@usdoj.gov

    *Attorneys for the United States of America*