UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD VENEZIA,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>   Defendant. | Civil Action No. 25-3522 (JEB) |

# JOINT STATUS REPORT

Pursuant to the Court's February 2, 2026, Minute Order, Plaintiff Richard Venezia and Defendant Department of State ("State"), by and through undersigned counsel, respectfully submit the Parties' joint status report.[1]

This case concerns Plaintiff's approximately 71 individual Freedom of Information Act ("FOIA") requests for records submitted between September of 2019 and November of 2024. *See* Compl. (ECF No. 1). The records generally pertain to passport applications and other related records of specific individuals. Defendant reports that its searches are ongoing.

At this time, Defendant does not seek or plan to seek a stay of proceedings pursuant to 5 U.S.C. § 552(a)(6)(C), and *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Defendant reserves the right to request such a stay at a later time.

---

[1]   The Parties recognize that the Court ordered the Parties to submit a joint proposed briefing schedule, however, the Parties have conferred and respectfully suggest that it would be premature to establish a briefing schedule at this time. The Parties request that the Court permit the Department to continue processing Plaintiff's requests, with the understanding and expectation that the Parties will seek to resolve any disputed issues without necessitating the Court's involvement.

As for potential appearances before this Court, the Parties at this time do not believe that an appearance before this Court in this FOIA matter will be necessary. They plan to handle matters on the papers. If circumstances change, the Parties reserve the right to request an appearance at a later date.

Considering that the Parties' discussions continue, and Defendant's processing is ongoing, the Parties do not at this time propose a briefing schedule on any dispositive motions.

*   *   *

In consideration of the foregoing, the Parties respectfully propose that the Court permit the Parties to submit another joint status report in 45 days, on April 3, 2026, to update the Court on the status of the processing of Plaintiff's FOIA requests and to provide a proposed schedule for the release of non-exempt responsive material.

Dated: February 17, 2026
Washington, D.C.

By: */s/ Stephen Stich Match*
Matthew Topic, DC Bar No. IL0037
Merrick Wayne, DC Bar No. IL0058
Stephen Stich Match, DC Bar No. MA0044
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
*Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/Rashad Hussain*
RASHAD HUSSAIN, DC BAR #985178
Assistant United States Attorney
601 D St. N.W.
Washington, D.C. 20530
202-252-7725
Rashad.Hussain@usdoj.gov

*Attorneys for the United States of America*