UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD VENEZIA,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>        Defendant. | Civil Action No. 25-3522 (JEB) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 18, 2026, Minute Order, Plaintiff Richard Venezia and Defendant Department of State, by and through undersigned counsel, respectfully submit the Parties' joint status report.

This case concerns Plaintiff's approximately 71 individual Freedom of Information Act ("FOIA") requests for records submitted between September of 2019 and November of 2024. *See* Compl. (ECF No. 1). The records generally pertain to passport applications and other related records of specific individuals.

Defendant reports that its searches are ongoing. Defendant has completed preliminary searches for approximately 12 of Plaintiff's approximately 71 FOIA requests at issue and has located some potentially responsive material. Defendant anticipates making a production of non-exempt portions of responsive records on or before May 15, 2026, and will continue to make rolling interim productions approximately every six weeks thereafter until its processing of Plaintiff's requests has been completed.

In consideration of the foregoing, the Parties respectfully propose that the Court permit the Parties to submit another joint status report in 90 days, on July 2, 2026, to update the Court on the status of the processing of Plaintiff's FOIA requests.

Dated: April 3, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Merrick Wayne
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen Street Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.Com

By:   /s/Rashad Hussain
      RASHAD HUSSAIN, DC BAR #985178
      Assistant United States Attorney
      601 D St. N.W.
      Washington, D.C. 20530
      202-252-7725
      Rashad.Hussain@usdoj.gov

*Attorneys for Plaintiff*

*Attorneys for the United States of America*

2