UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD VENEZIA,

        Plaintiff,

    v.

U.S. DEPARTMENT OF STATE,

        Defendant.

Civil Action No. 25-3522 (JEB)

**JOINT STATUS REPORT**

Pursuant to the Court's April 3, 2026, Minute Order, Plaintiff Richard Venezia and Defendant Department of State, by and through undersigned counsel, respectfully submit the Parties' joint status report.

This case concerns Plaintiff's approximately 71 individual Freedom of Information Act ("FOIA") requests for records submitted between September of 2019 and November of 2024. *See* Compl. (ECF No. 1). The records generally pertain to passport applications and other related records of specific individuals.

Defendant reports that its searches are ongoing, due to the number of requests submitted by Plaintiff. Defendant has completed preliminary searches for approximately 18 of Plaintiff's approximately 71 FOIA requests at issue and has located some potentially responsive material. Defendant made productions of non-exempt portions of responsive records on May 14, 2026, and June 26, 2026, and anticipates that it will continue to make rolling interim productions approximately every six weeks thereafter until its processing of Plaintiff's requests has been completed.

Plaintiff reports that he has requested that Defendant complete its search by the next joint status report.  Defendant reports that if Defendant has not completed its searches by the next joint status report, then it anticipates being able to provide an estimated date of completion for the searches.  Plaintiff reports that if the parties cannot reach a resolution on State completing its searches, then Plaintiff anticipates filing a motion to compel completion of the search.

In consideration of the foregoing, the Parties respectfully propose that the Court permit the Parties to submit another joint status report in 60 days, on September 2, 2026, to update the Court on the status of the processing of Plaintiff's FOIA requests.


Dated:  July 2, 2026
Washington, D.C.


By: */s/     Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Jason Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:   */s/Rashad Hussain*
      RASHAD HUSSAIN, DC BAR #985178
      Assistant United States Attorney
      601 D St. N.W.
      Washington, D.C. 20530
      202-252-7725
      Rashad.Hussain@usdoj.gov

*Attorneys for the United States of America*

2